```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
JODY KRISS and MICHAEL EJEKAM, directly
and derivatively on behalf of BAYROCK
GROUP LLC, BAYROCK SPRING STREET LLC, and      O R D E R
BAYROCK WHITESTONE LLC,
                                               10 CV 3959 (NRB)
                    Plaintiffs,

        - against -


BAYROCK GROUP LLC, TEVFIK ARIF, JULIUS
SCHWARZ, FELIX SATTER, BRIAN HALBERG,
SALVATORE LAURIA, ALEX SALOMON, JERRY
WEINRICH, SALOMON & COMPANY PC, AKERMAN
SENTERFITT LLP, BRUCE STACHENFELD, DAVID
GRANIN, NIXON PEABODY LLP, ADAM GILBERT,
ROBERTS & HOLLAND LLP, ELLIOT PISEM,
MICHAEL SAMUEL, MEL DOGAN, BAYROCK SPRING
STREET LLC, JOHN DOES 1-100, BAYROCK
WHITESTONE LLC, BAYROCK CAMELBACK LLC,
BAYROCK MERRIMAC LLC, BAYROCK GROUP INC,
and NATIONAL UNION FIRE INSURANCE CO. OF
PITTSBURGH, PA,

                    Defendants,
        - and -

BAROCK GROUP LLC, BAYROCK SPRING STREET
LLC, and BAYROCK WHITESTONE LLC,

                    Nominal Defendants
                    (Derivative Plaintiffs).
------------------------------------------X
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/10

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


**WHEREAS**, the complaint in this case attaches and otherwise makes reference to documents which were sealed in a federal criminal case brought in the Eastern District of New York; it is hereby

**ORDERED** that the original complaint be sealed pending further order of the Court; and it is further

**ORDERED** that a redacted version of the original complaint, redacting any sealed documents or references to sealed documents, be filed with the Clerk of the Court by May 19, 2010, to be followed by an electronic (.pdf) version of the redacted complaint.

Dated:   New York, New York
         May 14, 2010

                              _____
                              NAOMI REICE BUCHWALD
                              UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been sent on this date to the following:

Frederick M. Oberlander, Esq.
Law Office of Frederick M. Oberlander
28 Sycamore Lane, Box 1870
Montauk, NY 11954
Fax: 212.202.7624

David L. Lewis, Esq.
Lewis & Fiore
225 Broadway, Suite 3300
New York, NY 10007
Fax: 212.964.4506

Kelly A. Moore, Esq.
Brian A. Herman, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
Fax: 212.309.6001