UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KRISS et al,                                                                      10 CIV 3959 (NRB)

                Plaintiffs,

                                                        **ORDER ENLARGING TIME**
                                                        **TO SERVE, FRCP 4, 6**

            -against-

BAYROCK GROUP et al,

                Defendants
------------------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 11/2/10 |

                                            ORDER

       Good cause being shown, Plaintiffs' time to serve the complaint shall be further enlarged to extend through and inclusive of ~~January 31, 2011~~. *December 31, 2010* NRB

       It is so ordered.

                                                         By: *[signature]*
                                                             Naomi Reice Buchwald
                                                              United States District Judge
                                                                       11/1/10