UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KRISS et al,                                                                              10 CIV 3959 (NRB)

                        Plaintiffs,

                                                ORDER ENLARGING TIME
                                                TO SERVE

             -against-

                                                FRCP 4, 6

BAYROCK GROUP et al,

                        Defendants
------------------------------------------------------------------X

## ORDER

*It is ordered*, good cause having been shown, that Plaintiffs' time to serve the complaint shall be further enlarged to extend through and inclusive of March 1, 2011.

                                                By: _[signature]_
                                                    Naomi Reice Buchwald
                                                     United States District Judge

                                                      December 23, 2010

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/10
```