UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KRISS et al,                                    10 CIV 3959 (NRB)
                        Plaintiffs,
                                                ORDER *IN RE* FILING A
                                                FIRST AMENDED AND
            -against-                           SUPPLEMENTAL
                                                COMPLAINT
BAYROCK GROUP et al,
                                                FRCP 15
                        Defendants
-----------------------------------------------------------------X

## ORDER

*It is ordered*, that should any or all Plaintiffs file a first amended and supplemental complaint on or before March 1, 2011, such filing:

(1) Shall not be deemed made pursuant to FRCP 15(a)(1), Plaintiffs retaining the right to file a subsequent, second amended complaint pursuant thereto as a matter of course as if such were a first amended complaint; and

(2) Shall not be counted for any further purposes of FRCP 15(a)(2), thus any subsequent application by Plaintiffs for permission to file a third, fourth, etc. amended complaint shall be decided as if the first amended complaint were actually the complaint originally filed and the second amended complaint were actually the first amended complaint filed as a matter of course, and so on; and

(3) Shall not preclude Plaintiffs from requesting permission to file subsequent supplemental complaint(s).

By: _____
Naomi Reice Buchwald
United States District Judge

December 23, 2010

