USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KRISS et al,

                 Plaintiffs,

-against-

BAYROCK GROUP et al,

                 Defendants
------------------------------------------------------------X

10 CIV 3959

**ORDER *IN RE* FILING A FIRST AMENDED AND SUPPLEMENTAL COMPLAINT**

**FRCP 15**

## ORDER

*It is ordered*, that should any or all Plaintiffs file a first amended and supplemental complaint on or before January 19, 2012, such filing:

(1) Shall not be deemed made pursuant to FRCP 15(a)(1), Plaintiffs retaining the right to file a subsequent, second amended complaint pursuant thereto as a matter of course as if such were a first amended complaint; and

(2) Shall not be counted for any further purposes of FRCP 15(a)(2), thus any subsequent application by Plaintiffs for permission to file a third, fourth, etc. amended complaint shall be decided as if the first amended complaint were actually the complaint originally filed and the second amended complaint were actually the first amended complaint filed as a matter of course, and so on; and

(3) Shall not preclude Plaintiffs from requesting permission to file subsequent supplemental complaint(s).

By: /s/ Paul A. Engelmayer
Paul Engelmayer
United States District Judge
Dec. 8, 2011

5