USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KRISS et al,

                          Plaintiffs,

-against-

BAYROCK GROUP et al,

                          Defendants
------------------------------------------------------------------X

10 CIV 3959

**ORDER ENLARGING TIME TO SERVE**

**FRCP 4, 6**

## ORDER

    *It is ordered*, good cause having been shown, that Plaintiffs' time to serve the complaint shall be further enlarged to extend through and inclusive of May 31, 2012.

By: _Paul A. Engelmayer_
Paul Engelmayer
United States District Judge

3/2/12