```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KRISS et al,                                                             10 CIV 3959
                        Plaintiffs,

                                                                                                 ORDER *IN RE* FILING A FIRST
                                                                                                 AMENDED AND
                  -against-                               SUPPLEMENTAL COMPLAINT

BAYROCK GROUP et al,                                             FRCP 15

                       Defendants
------------------------------------------------------------X

## ORDER

*It is ordered*, that should any or all Plaintiffs file a first amended and supplemental complaint on or before May 31, 2012, such filing:

(1) Shall not be deemed made pursuant to FRCP 15(a)(1), Plaintiffs retaining the right to file a subsequent, second amended complaint pursuant thereto as a matter of course as if such were a first amended complaint; and

(2) Shall not be counted for any further purposes of FRCP 15(a)(2), thus any subsequent application by Plaintiffs for permission to file a third, fourth, etc. amended complaint shall be decided as if the first amended complaint were actually the complaint originally filed and the second amended complaint were actually the first amended complaint filed as a matter of course, and so on; and

(3) Shall not preclude Plaintiffs from requesting permission to file subsequent supplemental complaint(s).

By: _____
Paul Engelmayer
United States District Judge

3/2/12