```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/5/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KRISS et al,
        Plaintiffs,

   -against-

BAYROCK GROUP et al,

        Defendants
-------------------------------------------------------------X

10 CIV 3959 (PAE)

**ORDER *IN RE* FILING A FIRST AMENDED AND SUPPLEMENTAL COMPLAINT**

**FRCP 15**

## ORDER

*It is ordered*, that should any or all Plaintiffs file a first amended and supplemental complaint on or before August 31, 2012, such filing:

(1) Shall not be deemed made pursuant to FRCP 15(a)(1), Plaintiffs retaining the right to file a subsequent, second amended complaint pursuant thereto as a matter of course as if such were a first amended complaint; and

(2) Shall not be counted for any further purposes of FRCP 15(a)(2), thus any subsequent application by Plaintiffs for permission to file a third, fourth, etc. amended complaint shall be decided as if the first amended complaint were actually the complaint originally filed and the second amended complaint were actually the first amended complaint filed as a matter of course, and so on; and

(3) Shall not preclude Plaintiffs from requesting permission to file subsequent supplemental complaint(s).

By: _Paul A. Engelmayer_   6/5/12
Paul Engelmayer
United States District Judge