USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/5/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

KRISS et al,

Plaintiffs,

-against-

BAYROCK GROUP et al,

Defendants

---------------------------------------------------------------------X

10 CIV 3959 (PAE)

**ORDER ENLARGING TIME TO SERVE**

**FRCP 4, 6**

**ORDER**

***It is ordered***, good cause having been shown, that Plaintiffs' time to serve the complaint shall be further enlarged to extend through and inclusive of August 31, 2012.

By: Paul A. Engelmayer 6/5/12

Paul Engelmayer
United States District Judge