```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/5/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KRISS et al,

                Plaintiffs,

-against-

BAYROCK GROUP et al,

                Defendants
-----------------------------------------------------------------X

10 CIV 3959

ORDER ENLARGING TIME TO SERVE

FRCP 4, 6

## ORDER

*It is ordered*, good cause having been shown, that Plaintiffs' time to serve the complaint shall be further enlarged to extend through and inclusive of December 14, 2012.

By: _____Paul A. Engelmayer_____ 9/5/12
Paul Engelmayer
United States District Judge

RECEIVED 2012 AUG 30 P 10: 48 US DISTRICT COURT SDNY