UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KRISS et al,

                      Plaintiffs,

             -against-

BAYROCK GROUP et al,

                     Defendants
------------------------------------------------------------------X

10 CIV 3959

**ORDER ENLARGING TIME TO SERVE**

FRC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/12

**ORDER**

*It is ordered*, good cause having been shown, that Plaintiffs' time to serve the complaint shall be further enlarged to extend through and inclusive of April 1, 2013. Counsel should not expect any further extensions.

12/17/12   By: _Paul A. Engelmayer_
Paul Engelmayer
United States District Judge

RECEIVED 2012 DEC 14 P 5:06 US DISTRICT COURT SDNY