UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KRISS et al,

                Plaintiffs,

        -against-

BAYROCK GROUP et al,

                Defendants
------------------------------------------------------------X

10 CIV 3959

**ORDER *IN RE* FILING A FIRST AMENDED AND SUPPLEMENTAL COMPLAINT**

USDSDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/12

**ORDER**

    *It is ordered*, that should any or all Plaintiffs file a first amended and supplemental complaint on or before April 1, 2013, such filing:

    (1) Shall not be deemed made pursuant to FRCP 15(a)(1), Plaintiffs retaining the right to file a subsequent, second amended complaint pursuant thereto as a matter of course as if such were a first amended complaint; and

    (2) Shall not be counted for any further purposes of FRCP 15(a)(2), thus any subsequent application by Plaintiffs for permission to file a third, fourth, etc. amended complaint shall be decided as if the first amended complaint were actually the complaint originally filed and the second amended complaint were actually the first amended complaint filed as a matter of course, and so on; and

    (3) Shall not preclude Plaintiffs from requesting permission to file subsequent supplemental complaint(s).

12/17/12    By: /s/ Paul A. Engelmayer
                Paul Engelmayer
                United States District Judge

RECEIVED 2012 DEC 14 P 5:06 US DISTRICT COURT SDNY