# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------X

    IN THE MATTER OF REASSIGNMENT

                                       NOTICE OF REASSIGNMENT

            OF

CASES FROM HON. PAUL A. ENGELMAYER

-------------------------------------------X

The cases on the attached list are reassigned to the calendar of:

                HON. LORNA G. SCHOFIELD

The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of Reassignment on all defendants.

Dated: March 26, 2013

                                             Ruby J. Krajick, CLERK

                                             Philip Guarnieri
                          By: _____
                                             Deputy Clerk

cc: Attorneys of Record

Judge Engelmayer to Judge Schofield

09-CV-5325

10-CV-1650

10-CV-3959

11-CV-1950

11-CV-7153

12-CV-0436