USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JODY KRISS,

                            Plaintiff,

            -against-

BAYROCK GROUP, LLC, *et al.*,

                          Defendants.
------------------------------------------------------------X

10 Civ. 03959 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, in a letter to the Court dated April 12, 2013, Defendants Bayrock Group LLC, Bayrock Spring Street LLC, Bayrock Whitestone LLC, Bayrock Camelback LLC, and Bayrock Merrimac LLC requested leave to review and object to Plaintiff's First Amended Verified Complaint (unredacted), dated April 1, 2013.  In the letter, Defendants state their concern that the First Amended Verified Complaint may contain confidential and proprietary information and attorney-client privileged communications that relate to Defendants.

    WHEREAS, in a letter dated April 18, 2013, the Court was informed that Defendant Satter has no objection to the filing of Plaintiff's First Amended Verified Complaint.  It is hereby,

    **ORDERED** that Plaintiff shall not file or serve either the Verified Complaint or the First Amended Verified Complaint except as directed in this Order.

    **ORDERED** that Counsel for Plaintiff send copies of the Verified Complaint and First Amended Verified Complaint to Counsel for Defendants Bayrock Group LLC, Bayrock Spring Street LLC, Bayrock Whitestone LLC, Bayrock Camelback LLC, and Bayrock Merrimac LLC, and no other defendants, **no later than April 25, 2013**.

2

**ORDERED** that Counsel for Defendants Bayrock Group LLC, Bayrock Spring Street LLC, Bayrock Whitestone LLC, Bayrock Camelback LLC, and Bayrock Merrimac LLC submit a letter to the Court, **no later than May 2, 2013**, including the following information:

1. Defendants' response, if any, to Plaintiff's letters of April 1, 2013, April 2, 2013, and April 3, 2013;

2. Defendants' position regarding whether or to what extent the First Amended Verified Complaint is appropriate for public filing.  If Defendants have objections to the public filing of the First Amended Verified Complaint, Defendants shall specifically state those objections in the letter, citing to the specific paragraph to which Defendants object and explaining why;

3. Any further relief sought or any other information that Defendants believe may assist the Court.

**ORDERED** that Counsel for Plaintiff send copies of this Order to all parties or their counsel.

SO ORDERED.

Dated: April 22, 2013
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE