## SATTERLEE STEPHENS BURKE & BURKE LLP

230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818-9200
FAX (212) 818-9606

51 JOHN F. KENNEDY PARKWAY
FIRST FLOOR WEST
SHORT HILLS, NJ 07078-2713
(973) 218-2509
FAX (973) 218-2401

www.ssbb.com

E-Mail: wsaurack@ssbb.com
Direct Dial: (212) 404-8703

April 12, 2012

**VIA FEDERAL EXPRESS**



The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall-U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   Jody Kriss and Michael Ejekam v. Bayrock Group LLC, *et al.*
(SDNY 2010 CV 3959)

Dear Hon. Schofield:

We write to amend our prior letter of today to the Court concerning reviewing and objecting to plaintiffs' First Amended Complaint. In connection with our request, we are representing Bayrock Group LLC, Bayrock Spring Street LLC, Bayrock Whitestone LLC, Bayrock Camelback LLC and Bayrock Merrimac LLC, but not Bayrock Group, Inc.

Respectfully submitted,

Walter A. Saurack

WAS/jc

cc:   Michael P. Beys, Esq. (via email)
Frederick M. Oberlander, Esq.(via fax)