

# LAW OFFICE OF FREDERICK M. OBERLANDER P.C.

**FREDERICK M. OBERLANDER**
ATTORNEY-AT-LAW

Fred55@aol.com

28 SYCAMORE LANE (PO BOX 1870)
MONTAUK, NEW YORK 11954
TELEPHONE 212.826.0357
FAX 212.202.7624

June 6, 2013

Hon. Lorna G. Schofield
Federal District Judge, SDNY
New York, New York 10007

***KRISS v. BAYROCK GROUP LLC*** **(10-CV-3959)**

**BY EMAIL**

Dear Judge Schofield:

I am in receipt of this court's order of May 31, 2013 which *inter alia* contains a directive that I send it to all defendants or their counsels.

Our small office has been severely indisposed by injuries I and my legal assistant both suffered in an automobile accident on June 2, 2013. Accordingly, we will be able to complete the sending shortly. I apologize for any delay but it could not be helped.

I and co-counsel have other issues to bring to the court's attention in this and the related case *Gottdiener v. Sater*, 13-CV-1824, and will do so by appropriate means forthwith, and certainly no later than June 14, 2013, including a request for Article III action in connection with that order of May 31 and its service requirements and if necessary according to the court's rules will request pre-motion conference.

Sincerely yours,

/s/ Frederick M. Oberlander
Counsel for Plaintiffs.