UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JODY KRISS, *et al.*,                                       :
                         Plaintiffs,  :
                                          :      10 Civ. 03959 (LGS)
       -against-                                 :
                                          :          ORDER
BAYROCK GROUP, LLC, *et al.*,                               :
                        Defendants. :
:
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/13

LORNA G. SCHOFIELD, District Judge:

      WHEREAS a conference was held before the Court on July 16, 2013, it is hereby

      ORDERED that Plaintiffs shall file the First Amended Complaint ("FAC") under seal by July 17, 2013.

      ORDERED that, by July 17, 2013, Plaintiffs shall serve the FAC on the Defendants Bayrock Group LLC, Bayrock Spring Street LLC, Bayrock Whitestone LLC, Bayrock Camelback LLC and Bayrock Merrimac LLC (collectively, the "Bayrock Defendants") by sending a copy by email to counsel for the Bayrock Defendants, and shall not yet serve the remaining Defendants subject to further order of this Court.

      ORDERED that the Plaintiffs are deemed to have requested a waiver of service of the Bayrock Defendants, and the Bayrock Defendants are deemed to have waived service for purposes of Fed. R. Civ. P. 4(d) and 12(a)(1)(A)(ii).

      ORDERED that Plaintiffs and the Bayrock Defendants shall submit proposed language for an order of reference to Magistrate Judge Maas for resolution of the issues that are the basis for the Bayrock Defendants' objections to the public filing of the FAC no later than **July 18, 2013, at 12:00 noon**. The parties shall confer and make their best efforts to prepare a joint submission.

ORDERED that Plaintiffs' Motion (Dkt. No. 44) for Reconsideration of the Court's Order of May 31, 2013 (Dkt. No. 38) is DENIED for the reasons stated on the record, and the Clerk of the Court is directed to close the motion at docket number 44.

SO ORDERED.

Dated: July 16, 2013
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE