```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JODY KRISS, et al.,                                         :
                              Plaintiffs,                   :
                                                            :     10 Civ. 03959 (LGS)
              -against-                                     :
                                                            :     ORDER
BAYROCK GROUP, LLC, et al.,                                 :
                              Defendants.                   :
                                                            :
----------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, on May 9, 2013, Defendants Bayrock Group LLC, Bayrock Spring Street LLC, Bayrock Whitestone LLC, Bayrock Camelback LLC and Bayrock Merrimac LLC (collectively, the "Bayrock Defendants") submitted a letter to the Court stating objections to the filing of Plaintiffs' proposed First Amended Complaint ("FAC") on the grounds that the FAC contained privileged, trade secret and other proprietory and confidential information that was misappropriated from Bayrock.

     WHEREAS, on May 31, 2013, the Court granted Plaintiffs leave to file the FAC under seal and ordered that Plaintiffs shall not serve the FAC on any defendants except the Bayrock Defendants.

     WHEREAS a conference was held before the Court on July 16, 2013, at which the Court ordered the parties to submit proposed language for an order of reference to Magistrate Judge Maas for resolution of the issues that are the basis for the Bayrock Defendants' objections to the public filing of the FAC no later than July 18, 2013, at 12:00 noon.

     WHEREAS, on July 17, 2013, the Bayrock Defendants submitted proposed language in compliance with the Court's July 16, 2013 Order.

WHEREAS, on July 19, 2013, the Court granted Plaintiffs' request for an extension of time, until July 22, 2013, in which to submit proposed language for an order of reference to Magistrate Judge Maas. Plaintiffs have failed to submit the proposed language.

Accordingly, it is hereby

**ORDERED** that this case is referred to Magistrate Judge Maas for resolution of the issues that are the basis for the Bayrock Defendants' objections to the public filing of the FAC.

**ORDERED** that time for the Bayrock Defendants to file an answer or otherwise respond to the FAC is stayed pending further order of the Court.

SO ORDERED.

Dated: July 23, 2013
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE