UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

-----------------------------------------------------------------

JODY KRISS, *et al.*,

                      Plaintiffs,        10 Civ. 3959 (LGS) (FM)

  - against –

BAYROCK GROUP LLC, *et al.*,         ORDER OF REFERENCE

                 Defendants.       TO A MAGISTRATE JUDGE

-----------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 23, 2013

The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_ General Pretrial Supervision (includes scheduling, discovery, non-dispositive pretrial motions, and settlement but excludes any motion to amend the pleadings following the district judge's ruling on a dispositive motion)

___ Specific Discovery Dispute:_____

___ Discovery disputes when the district judge is unavailable.

___ Settlement*

___ Inquest on Damages

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ To hear and report on motion
    [ ] dispositive    [ ] non-dispositive
___ To hear and report on habeas corpus petition
___ To hear and report on Social Security appeal

___ Dispositive motion (i.e., motion requiring a Report and Recommendation)

Particular motion: _____

All such motions:____

================================================================

*Do not check if already referred for General Pretrial Supervision which includes settlement.

    SO ORDERED.

DATED:    New York, New York
              July 23, 2013

                                              LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE