UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x

JODY KRISS, et al.                              :

                   Plaintiffs,   :

   - against -                                :

BAYROCK GROUP, LLC, et al.,           :

                  Defendants.  :

----------------------------------------------------x

**ORDER**

10 Civ. 3959 (LGS) (FM)

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to the conference held on September 11, 2013, it is hereby

ORDERED that:

1. By September 18, 2013, the Plaintiff shall serve the First Amended Complaint via email upon counsel for defendant Felix Satter, who has agreed to accept service on Mr. Satter's behalf.

2. By September 30, 2013, the Plaintiff shall serve via email an annotated version of Exhibit A to the Bayrock Defendants' May 9, 2013 letter, detailing any sources of information other than Joseph Bernstein for the allegations in the referenced paragraphs of the First Amended Complaint.

3. By October 18, 2013, the parties shall serve via email, but not file, motion papers conforming to my Individual Practices regarding any applications for disqualification of opposing counsel or the propriety of using in the First Amended Complaint information obtained from Mr. Bernstein, or otherwise alleged to be privileged, work product, or trade secret information.

4. By November 15, 2013, the parties shall serve via email, but not file, their papers in opposition to any such motions.

5.  By December 6, 2013, the parties may serve via email, but shall not file, their reply papers.

6.  For each of the submissions described in paragraphs 2 through 5, within one week after service via email is made, the parties may submit to my Chambers, but shall not file, objections to the filing of them on ECF and specify any proposed redactions. No such papers shall be filed on ECF until the Court rules on such objections.

7.  The parties shall further comply with my other rulings during the conference.

SO ORDERED.

Dated:   New York, New York
         September 12, 2013

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Hon. Lorna G. Schofield
United States District Judge
(By Hand)

Frederick Martin Oberlander, Esq.
(Via ECF)

Richard E. Lerner, Esq.
Fax: (347) 824-2006

Zoe E. Jasper, Esq. and Walter Saurack
Fax: (212) 818-9606/07

Michael P. Beys and Nader Mobargha
Fax: (646) 755-3599