# THE LAW OFFICE OF FREDERICK M. OBERLANDER, P.C.

28 SYCAMORE LANE (BOX 1870)  212.826.0357 TEL
MONTAUK, NEW YORK 11954  212.202.7624 FAX
fred55@aol.com

June 16, 2014

The Hon. Lorna G. Schofield, SDNY          10-CV-3959 *Kriss v. Bayrock* ("Kriss I")
(by ECF and by email)                      rel. 13-CV-3905 *Kriss v. Bayrock* ("Kriss II")

Dear Judge Schofield:          **Revocation of Filing by Email Individual Rule C-3**

No one having objected despite notice, we have put onto ECF that Rule 72 motion[1] which we timely served June 12 and also provisionally filed pursuant to C-3 in the event anyone insisted on sealing. Any necessity for court involvement in the filing is thus extinguished.

We will be moving shortly by letter motion for emergency expedited hearing on First Amendment grounds as (as briefed in our motion) there is a patently void and transparently invalid prior restraint "issued" in the order appealed from which must be disavowed and vitiated with deliberate speed, a matter as to which Second Circuit and other authority provides that good faith *efforts* at expedited appellate review are both necessary and sufficient.

Sincerely yours,


/s/ Frederick M. Oberlander
/s/ Richard E. Lernder

(counsels for plaintiffs)

---

[1] Magistrate Maas entered orders on two dockets, 3905 and 3959, in one order ECF 68 on 3959, thus our Rule 72 motion was cross-docketed.