# SATTERLEE STEPHENS BURKE & BURKE LLP

230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818-9200
Fax (212) 818-9606

www.ssbb.com

51 JOHN F. KENNEDY PARKWAY
FIRST FLOOR WEST
SHORT HILLS, NJ 07078-2713
(973) 218-2509
FAX (973) 218-2401

E-Mail: wsaurack@ssbb.com
Direct Dial: (212) 404-8703

January 22, 2015

**By ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   1:10-cv-03959, *Kriss et al v. Bayrock Group LLC et al*.

Dear Judge Schofield:

We represent defendants Bayrock Group LLC, Bayrock Spring Street LLC, Bayrock Whitestone LLC, Bayrock Camelback LLC, and Bayrock Merrimac LLC (collectively herein, "Bayrock"). We write in response to plaintiffs' January 21, 2015 letter requesting an enlargement of time to submit objections to Magistrate Judge Maas's Report and Recommendation dated January 14, 2015.

While Bayrock would prefer to keep to the current deadline of January 28, 2015, Bayrock does not object to plaintiffs' request provided that the new deadline applies to the submission of objections by all parties.

Respectfully submitted,

Walter A. Saurack

cc: (*via email*) Frederick M. Oberlander, Esq.
       Richard Lerner, Esq.
       Michael Beys, Esq.

2114497_1