# THE LAW OFFICE OF FREDERICK M. OBERLANDER, P.C.

28 SYCAMORE LANE (BOX 1870)
MONTAUK, NEW YORK 11954

212.826.0357 TEL
212.202.7624 FAX
FRED55@AOL.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/25/15
```

February 24, 2015 **(By Hand)**

Hon. Lorna G. Schofield, U.S.D.J.
Southern District of New York

re: **10-CV-3959** *Kriss v. Bayrock*

Hon. Frank Maas, U.S.M.J.
Southern District of New York

**Courtesy Copies of Objections to January 14, 2015**
**Report and Recommendation and May 29, 2014 Order**

Dear Judge Schofield and Magistrate Maas:

The Report and Recommendation of January 14, 2015 (ECF 97) directed that courtesy copies of objections be sent to chambers of Your Honors. (ECF 97, pp. 21-22) but did not contemplate there would be replies. As a courtesy to defendants, we will produce hard copy for courtesy submission upon the later to occur of the filing of our objections or theirs and deliver same by hand.

If the court requires courtesy copies of the underlying motion papers, and responsive document binders, we will provide them upon request. As for the binders for which work-product protections and attorney-client privileges have been asserted by the plaintiffs, and submitted for *in camera* review by the magistrate, they will be provided to counsel upon issuance of an order of the court that such will not constitute a waiver of the plaintiffs' work-product protections.

Respectfully submitted,

/s/ Frederick M. Oberlander

Assuming Federal Rule of Civil Procedure 72(b) applies, Plaintiffs shall file any response to the Bayrock Defendants' objections no later than March 4, 2015.  The Bayrock Defendants shall file any response to Plaintiff's objections no later than March 6, 2015.  Any such responses shall not exceed five pages.  **NO EXTENSIONS.**

No courtesy copies shall be submitted.

Dated: February 25, 2015
        New York, New York

SO ORDERED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE