```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JODY KRISS, et al.,                                         :
                                  Plaintiffs,               :
                                                            :    10 Civ. 3959 (LGS)
                 -against-                                  :
                                                            :          ORDER
BAYROCK GROUP, LLC, et al.,                                 :
                                  Defendants.               :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2015

LORNA G. SCHOFIELD, District Judge:

No later than **March 20, 2015**, at **12 p.m. Eastern Time**, Mr. Oberlander and Mr. Lerner (counsel for Plaintiffs), shall each file a separate sworn affidavit on ECF, swearing to one of the following four statements:

1. "I have the authority to represent Plaintiffs Jody Kriss and Michael Ejekam in *Kriss v. Bayrock Group, LLC*, 10 Civ. 3959 (S.D.N.Y.)."; OR

2. "I have the authority to represent Plaintiff Jody Kriss, but not Plaintiff Michael Ejekam, in *Kriss v. Bayrock Group, LLC*, 10 Civ. 3959 (S.D.N.Y.)."; OR

3. "I have the authority to represent Plaintiff Michael Ejekam, but not Plaintiff Jody Kriss, in *Kriss v. Bayrock Group, LLC*, 10 Civ. 3959 (S.D.N.Y.)."; OR

4. "I do not have the authority to represent either Plaintiff Jody Kriss or Plaintiff Michael Ejekam in *Kriss v. Bayrock Group, LLC*, 10 Civ. 3959 (S.D.N.Y.)."

Adverse inferences will be drawn if Mr. Oberlander and/or Mr. Lerner fails to make a timely submission as described above.

SO ORDERED.

Dated: March 19, 2015
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE