IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **KRISS ET AL**, ) | | |
| Plaintiff, ) | No. 10-CV-3959 (LGS/FAM) | |
| ) | | |
| v. ) | **AFFIDAVIT OF COUNSEL** | |
| ) | | |
| **BAYROCK GROUP LLC ET AL**, ) | | |
| Defendants ) | | |

-----------------------------------------------------

I continue to represent as co-counsel to Mr. Oberlander, and have never been discharged from representing, Jody Kriss in *Kriss v. Bay Rock Group, LLC*, 10 Civ.3959 (SDNY). Please find attached hereto Mr. Kris's own affidavit confirming that as well, which was prepared days ago in anticipation that we would be responding to Defendant Sater's filing so is in a form we set forth for that purpose.

I continue to represent as co-counsel to Mr. Oberlander, have never been discharged from representing, Michael Ejekam in *Kriss v Bay Rock Group, LLC*,10 Civ 3959 (SDNY). Mr. Ejekam has been traveling this week between Africa and South American and I have not yet received back his signature on his copy but Mr. Oberlander communicated with him as recently as two days ago on the matter and I confirm there has been no change in my status.

Pursuant to 28 U.S.C. §1746 under penalty of perjury I swear that the above is true and correct.

**(SIGNED ELECTRONICALLY)**

**THE LAW OFFICE OF RICHARD E. LERNER, P.C.**

/s/ by Richard E. Lerner

Richard E. Lerner, Esq.
*Co-Counsel*
1375 Broadway, 3rd Floor
New York, N.Y. 10018
917.584.4864  Tel.
347.824.2006  Fax.
richardlerner@msn.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISS ET AL, Plaintiff, v. BAYROCK GROUP LLC ET AL, Defendants | No. 10-CV-3959 (LGS/FAM) <br><br> DECLARATION OF PLAINTIFFS |
| KRISS ET AL, Plaintiff, v. BAYROCK GROUP LLC ET AL, Defendants | No. 13-CV-3905 (LGS/FAM) <br><br> DECLARATION OF PLAINTIFFS |

Plaintiffs Jody Kriss and Michael Ejekam declare on this date March 16, 2015 under penalty of perjury pursuant to 28 U.S.C. §1746 that undersigned counsel represent and appear for them in these actions.

_____          _____
Jody Kriss                                              Michael Ejekam

THE LAW OFFICE OF FREDERICK M. OBERLANDER, P.C.

/s/ by Frederick M. Oberlander

Frederick M. Oberlander, Esq.
*Counsel for Plaintiffs*
28 Sycamore Lane, Box 1870
Montauk, N.Y. 11954
212.826.0357  Tel.
212.292.7624  Fax
fred55@aol.com

THE LAW OFFICE OF RICHARD E. LERNER, P.C.

/s/ by Richard E. Lerner

Richard E. Lerner, Esq.
*Co-Counsel*
1375 Broadway, 3rd Floor
New York, N.Y. 10018
917.584.4864  Tel.
347.824.2006  Fax.
richardlerner@msn.com