## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**KRISS ET AL,**  )
Plaintiff,  )  No. 10-CV-3959 (LGS/FAM)
  )
v.  )  **AFFIDAVIT OF COUNSEL**
  )  (UPDATED 3.21.15)
**BAYROCK GROUP LLC ET AL**,  )
Defendants  )
----------------------------------------------------------

I continue to represent as co-counsel to Mr. Oberlander, and have never been discharged from representing, Jody Kriss in *Kriss v. Bay Rock Group, LLC*, 10 Civ.3959 (SDNY). Please find attached hereto Mr. Kris's own affidavit confirming that as well, which was prepared days ago in anticipation that we would be responding to Defendant Sater's filing so is in a form we set forth for that purpose.

I continue to represent as co-counsel to Mr. Oberlander, and, have never been discharged from representing Michael Ejekam in *Kriss v Bay Rock Group, LLC*,10 Civ 3959 (SDNY). Mr. Ejekam has been traveling this week between Africa and South American and I have not yet received back his signature on his copy but Mr. Oberlander communicated with him as recently as two days ago on the matter and I confirm there has been no change in my status.

(Updated on 3.21.15) Please find attached hereto Mr. Ejekam's own affidavit confirming that as well, which he was finally able to transmit. Time did not permit sending him Mr. Kriss's copy so the clients' affidavits have been executed in parts though they logically form one single page cohesive document.

Pursuant to 28 U.S.C. §1746 under penalty of perjury I swear that the above is true and correct.


**THE LAW OFFICE OF RICHARD E. LERNER, P.C.**

/s/ by Richard E. Lerner

Richard E. Lerner, Esq.
*Co-Counsel*
1375 Broadway, 3rd Floor
New York, N.Y. 10018
917.584.4864  Tel.
347.824.2006  Fax.
richardlerner@msn.com

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**KRISS ET AL.,**
Plaintiff,

v.

**BAYROCK GROUP LLC ET AL.,**
Defendants

No. 10-CV-3959 (LGS/FAM)

**DECLARATION OF PLAINTIFFS**

**KRISS ET AL.,**
Plaintiff,

v.

**BAYROCK GROUP LLC ET AL.,**
Defendants

No. 13-CV-3905 (LGS/FAM)

**DECLARATION OF PLAINTIFFS**

Plaintiffs Jody Kriss and Michael Ejekam declare on this date March 16, 2015 under penalty of perjury pursuant to 28 U.S.C §1746 that undersigned counsel represent and appear for them in these actions.

Jody Kriss

Michael Ejekam

## THE LAW OFFICE OF FREDERICK M. OBERLANDER, P.C.

/s/ by Frederick M. Oberlander

Frederick M. Oberlander, Esq.
*Counsel for Plaintiffs*
28 Sycamore Lane, Box 1870
Montauk, N.Y. 11954
212.826.0357  Tel.
212.292.7624  Fax
fred55@aol.com

## THE LAW OFFICE OF RICHARD E. LERNER, P.C.

/s/ by Richard E. Lerner

Richard E. Lerner, Esq.
*Co-Counsel*
1375 Broadway, 3rd Floor
New York, N.Y. 10018
917.584.4864  Tel.
347.824.2006  Fax.
richardlerner@msn.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **KRISS ET AL,** | ) | |
| Plaintiff, | ) | No. 10-CV-3959 (LGS/FAM) |
| | ) | |
| v. | ) | **DECLARATION OF PLAINTIFFS** |
| | ) | |
| **BAYROCK GROUP LLC ET AL,** | ) | |
| Defendants | ) | |

---------------------------------------------------------

| | | |
|---|---|---|
| **KRISS ET AL,** | ) | |
| Plaintiff, | ) | No. 13-CV-3905 (LGS/FAM) |
| | ) | |
| v. | ) | **DECLARATION OF PLAINTIFFS** |
| | ) | |
| **BAYROCK GROUP LLC ET AL,** | ) | |
| Defendants | ) | |

Plaintiffs Jody Kriss and Michael Ejekam declare on this date March 16, 2015 under penalty of perjury pursuant to 28 U.S.C §1746 that undersigned counsel represent and appear for them in these actions.

_____                           _____

Jody Kriss                                                      Michael Ejekam


**THE LAW OFFICE OF FREDERICK M. OBERLANDER, P.C.**

/s/ by Frederick M. Oberlander

Frederick M. Oberlander, Esq.
*Counsel for Plaintiffs*
28 Sycamore Lane, Box 1870
Montauk, N.Y. 11954
212.826.0357  Tel.
212,292,7624  Fax
fred55@aol.com

**THE LAW OFFICE OF RICHARD E. LERNER, P.C.**

/s/ by Richard E. Lerner

Richard E. Lerner, Esq.
*Co-Counsel*
1375 Broadway, 3rd Floor
New York, N.Y. 10018
917.584.4864  Tel.
347.824.2006  Fax.
richardlerner@msn.com