UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JODY KRISS AND MICHAEL "CHU'DI"
EJEKEM et al.
        **Plaintiffs**       ;

    against                      10cv3959-LGS-FM

**BAYROCK GROUP LLC, et al.**    :

        **Defendants**

-----------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that **BRADLEY D. SIMON**, a partner with the firm of Simon & Partners LLP, duly admitted to practice law in the United States District Court for the Southern District of New York since 1983, hereby appears as counsel for Plaintiffs Jody Kriss and Michael "Chu'di Ejekam in the above-referenced actions and hereby requests notice of all matters in these actions.

Dated: New York, New York
       March 26, 2015

                    /s/ Bradley D. Simon
                    Bradley D. Simon (BS-3406)
                    SIMON & PARTNERS, LLP
                    551 Fifth Avenue, 31st Floor
                    New York, NY 10176
                    T) (212) 332-8900
                    F) (212) 332-8909
                    bradsimon@simonlawyers.com

                    *Attorney for Plaintiffs Jody Kriss*
                    *and Michael Chu'di Ejekem*