IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KRISS ET AL**, ) | |
| Plaintiff, ) | No. 10-CV-3959 (LGS/FAM) |
| ) | |
| v. ) | **REQUEST FOR ENLARGEMENT** |
| ) | **(EX PARTE PER FRCP 6, FRAP 4)** |
| **BAYROCK GROUP LLC ET AL**, ) | |
| Defendants ) | |

-----------------------------------------------------------

Messrs. Ejekam and Kriss have discharged me from representing their personal interests in this matter. Accordingly I request a *sine die* enlargement of all existing deadlines, which to my knowledge includes

1. The deadline of 3.00 March 27, 2015 to respond to Mr. Saurack's letter, ECF 130;

2. The deadline of March 30, 2015 as to filing and service of the FAC;

3. The deadline of April 20, 2015 for motion(s) for reconsideration of

    a. The order denying pre-motion conference and motion, ECF 128

    b. The order adopting the magistrate's report, ECF 126

4. The deadlines for appeal from any of the above to the extent appeal may be had;


_____

**THE LAW OFFICE OF FREDERICK M. OBERLANDER, P.C.**

/s/ by Frederick M. Oberlander

Frederick M. Oberlander, Esq.
*Counsel for Plaintiffs*
28 Sycamore Lane, Box 1870
Montauk, N.Y. 11954
212.826.0357  Tel.
212,292,7624  Fax
fred55@aol.com