UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JODY KRISS and MICHAEL "CHUDI" EJEKAM, et al.,

               Plaintiffs,

-against-

BAYROCK GROUP LLC, et al.,

               Defendants.

------------------------------------------------------------x

**ORDER**

10cv3959-LGS-FM

JODY KRISS, et al.,

               Plaintiffs,

-against-

BAYROCK GROUP LLC, et al.,

               Defendants.

------------------------------------------------------------x

**ORDER**

13cv3905-LGS-FM

**FRANK MAAS,** United States Magistrate Judge.

       It is hereby ORDERED that a status conference shall be held on April 14, 2015, at 11:30 a.m., in Courtroom 20A. Procedural and scheduling issues for both matters will be addressed at the conference. In the interim, no further papers shall be served or filed.

       SO ORDERED.

Dated:     New York, New York
             March 27, 2015

                                               FRANK MAAS
                                   United States Magistrate Judge

Copies to All Counsel via ECF

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 3/27/15*