USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JODY KRISS and MICHAEL "CHUDI" EJEKAM, et al.,

                Plaintiffs,

                10cv3959-LGS-FM ("Kriss I")

-against-

BAYROCK GROUP LLC, et al.,

                Defendants.

------------------------------------------------------------x     **ORDER**

JODY KRISS, et al.,

                Plaintiffs,

-against-

                13cv3905-LGS-FM ("Kriss II")

BAYROCK GROUP LLC, et al.,

                Defendants.

------------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

        In accordance with my rulings during the conference held on April 14, 2015, and recognizing that some time has elapsed before the entry of this formal order, it is hereby ORDERED that:

    1.    Frederick M. Oberlander and Richard E. Lerner are relieved as counsel for Plaintiffs for all purposes in Kriss I.

    2.    By June 5, 2015, Plaintiffs shall file under seal their second amended complaint in Kriss I.

    3.    A telephone conference shall be held on June 15, 2015, at 3 p.m., in Kriss I. Counsel for the Plaintiffs shall initiate that call.

4.  By May 1, 2015, Messrs Oberlander and Lerner shall identify the Plaintiffs, if any, that they represent in Kriss II. Messrs Oberlander and Lerner further shall specify the capacity in which each such Plaintiff intends to proceed. If counsel fail to comply with this order the Court will recommend that Kriss II be dismissed with prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute.

5.  By May 1, 2015, Mr. Simon shall ensure that the Plaintiffs return to the Defendants all documents in their possession, custody, or control, that Messrs Oberlander and Lerner furnished to them, and that were obtained from Bernstein or his counsel, including but not limited to documents downloaded from the Bernstein hard drive.

6.  By May 1, 2015, Messrs Oberlander and Lerner shall surrender to the Court, to be placed under seal, all documents in their possession, custody, or control, and any work product derived therefrom, that they obtained from Bernstein or his counsel, including but not limited to documents downloaded from the Bernstein hard drive. Messrs Oberlander and Lerner shall neither maintain a copy of, nor disseminate, any of these documents.

7.  Provided that they timely comply with paragraph 6, by May 5, 2015, Messrs Oberlander and Lerner may explain, in writing, why the materials surrendered should be returned. Opposing counsel may respond to any such submission by May 12, 2015.

8.  By May 14, 2015, any objections to this order shall be submitted to Judge Schofield. Counsel are cautioned, however, that any objections will not stay the deadlines stated herein, nor shall the Court grant any such stays or extensions.

SO ORDERED.

Dated: New York, New York
April 30, 2015

_____
FRANK MAAS
United States Magistrate Judge

Copies to All Counsel via ECF and Facsimile