# SIMON & PARTNERS LLP

THE FRENCH BUILDING
551 FIFTH AVENUE
NEW YORK, NEW YORK 10176
www.simonlawyers.com

(212) 332-8900

BRADLEY D. SIMON
BRIAN D. WALLER
KENNETH C. MURPHY

ADAM S. KATZ
JONATHAN STERN

COUNSEL
PAMELA B. STUART
NEAL M. SHER
GENEVIEVE SROUSSI
STEPHENIE L. BROWN
HARRIET TAMEN

FAX: (212) 332-8909

NEW YORK
WASHINGTON, D.C.
PARIS

May 1, 2015

**Via ECF**
The Honorable Frank Maas
United States Magistrate Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

      RE: Kriss and Ejekem v. Bayrock Group LLC et. al.
         **Civil Docket No: 10 Civ. 3959(LGS)(FM)**

Dear Judge Maas:

  This is to advise the Court that all documents responsive to Your Honor's order of April 30, 2015, in the possession of Plaintiff Jody Kriss, have been hand delivered this afternoon to defense counsel. Plaintiff Michael Chu'di Ejekam has no documents responsive to the Court's order.

              Respectfully submitted,

              Bradley D. Simon