UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JODY KRISS and MICHAEL "CHUDI"  :
EJEKAM, et al.,                 :
                                :   10cv3959-LGS-FM ("Kriss I")
            Plaintiffs,         :
   -against-                    :
                                :
BAYROCK GROUP LLC, et al.,      :
                                :
            Defendants.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X    **ECF FILING**
JODY KRISS, et al.,             :
                                :   13cv3905-LGS-FM ("Kriss II")
            Plaintiffs,         :
   v.                           :
                                :
BAYROCK GROUP LLC, et al.,      :
                                :
            Defendants.         :
                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, dated May 14, 2015, the Declaration of Simon Miller, dated May 14, 2015, with the exhibits annexed thereto and all prior proceedings had herein, non-party Frederick Oberlander ("Oberlander") will move this Court before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order pursuant to Fed. R. Civ. P. 72(a) setting aside the April 30, 2015 Order issued by the Honorable Frank Maas, United States Magistrate Judge for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Order of the Honorable Lorna G. Schofield, dated May 1, 2015, opposition to this motion, if any, shall be served on or before May 29, 2015.

Dated: New York, New York
       May 14, 2015

                                                         **BLANK ROME LLP**

                                                         By: _____
                                                         Simon J. K. Miller
                                                         The Chrysler Building
                                                        405 Lexington Avenue
                                                         New York, NY 10174
                                                        (212) 885-5000

                                                        *Attorneys for Frederick Oberlander*