

**Simon Miller**
*(212) 885-5467*
*sjkmiller@blankrome.com*

June 9, 2015

**VIA ECF**

Honorable Lorna Schofield
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      RE:    Jody Kriss, et al. v. Bayrock Group LLC, et al., Case No. 10 CV 3959 (LGS)(FM) ("Kriss I") / Jody Kriss, et al. v. Bayrock Group LLC, et al., Case No. 13 CV 3905 (LGS)(FM) ("Kriss II")

Dear Judge Schofield:

      We represent Frederick Oberlander, Esq., formerly counsel for the plaintiffs in the above referenced matter ("Oberlander"). We write, pursuant to your Honor's individual rules, to respectfully request oral argument on our client's Motion to Set Aside the April 30, 2015 Order issued by United States Magistrate Judge Frank Maas. We are filing our reply papers contemporaneously with this request and anticipate providing the Court with a full courtesy copy set of the motion papers tomorrow.

      We thank the Court for its kind attention and consideration of our request.

Respectfully submitted,

Simon Miller

Bradley D. Simon, Esq. (by email)
Walter Saurack, Esq. (by email)
Michael P. Beys, Esq. (by email)
Robert Wolf, Esq. (by email)

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

144840.00601/100502482v.1
Boca Raton • Cincinnati • Houston • Los Angeles • New York • Philadelphia • Princeton • Shanghai • Washington • Wilmington