UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JJ KRISS and MICHAEL "CHU'DI" EJEKAM, et al.,

                Plaintiffs,

vs.

BAYROCK GROUP LLC, et al.,

                Defendants,

                and

BAYROCK  GROUP LLC, et al.,

                Nominal Defendants.
------------------------------------------------------------------X

10 Civ. 3959 (LGS) (FM)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that **J. EVAN SHAPIRO**, an associate of the firm Simon & Partners, LLP, duly admitted to practice law in the United States District Court for the Southern District of New York since 1996, hereby appears as counsel for Plaintiffs Jody Kriss and Micahel "Chu'di" Ejekam in the above-captioned action and hereby requests notice of all matters in this action.

Dated:  New York, New York
         June 9, 2015

                                    SIMON & PARTNERS, LLP

                                    _____
                                    J. Evan Shapiro (JS 9903)
                                    Simon & Partners, LLP
                                    551 Fifth Avenue, 31st Floor
                                    New York, NY 10176
                                    (212)332-8900

                                    *Attorney for Plaintiffs Jody Kriss and*
                                    *Michael "Chu'di" Ejekam*