# Satterlee Stephens Burke & Burke LLP

230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818-9200
Fax (212) 818-9606

51 JOHN F. KENNEDY PARKWAY
FIRST FLOOR WEST
SHORT HILLS, NJ 07078-2713
(973) 218-2509
FAX (973) 218-2401

www.ssbb.com

E-Mail: wsaurack@ssbb.com
Direct Dial: (212) 404-8703

June 10, 2015

*Via* ECF
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: 1:10-cv-03959, *Kriss et al v. Bayrock Group LLC et al.*

Dear Judge Schofield:

This office represents defendants Bayrock Group LLC, Bayrock Spring Street LLC, Bayrock Whitestone LLC, Bayrock Camelback LLC, and Bayrock Merrimac LLC (collectively herein, "Bayrock"). We write in response to Frederick Oberlander's letter request for oral argument on his motion to set aside Magistrate Judge Maas's April 30, 2015 order (Dkt No. 164).

We write to inform the Court that we oppose Mr. Oberlander's request for oral argument. We believe that this motion can be decided upon the written submissions.

Respectfully submitted,

Walter A. Saurack

2218200_1