# Satterlee Stephens Burke & Burke LLP

230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818-9200
Fax (212) 818-9606

51 JOHN F. KENNEDY PARKWAY
FIRST FLOOR WEST
SHORT HILLS, NJ  07078-2713
(973) 218-2509
FAX (973) 218-2401

www.ssbb.com

E-Mail: wsaurack@ssbb.com
Direct Dial: (212) 404-8703

June 12, 2015

*Via* ECF
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  1:10-cv-03959, *Kriss et al v. Bayrock Group LLC et al.*

Dear Judge Schofield:

This office represents defendants Bayrock Group LLC, Bayrock Spring Street LLC, Bayrock Whitestone LLC, Bayrock Camelback LLC, and Bayrock Merrimac LLC (collectively herein, "Bayrock").  We write in response to Richard Lerner's request to file an additional two-page letter brief in further support of his motion to set aside Magistrate Judge Maas's April 30, 2015 order (Dkt No. 168).

Mr. Lerner requests an additional two pages to brief the court on a Second Circuit case from 1939.  This case is not new, and Mr. Lerner provides no reason why this case could not have been addressed in either his moving brief or his reply brief.  Given that Mr. Lerner and Mr. Oberlander filed separate briefs, Mr. Lerner had ample room to address the case within the briefing limits set by this Court.  Accordingly, this Court should not grant Mr. Lerner an additional two pages of briefing.

Respectfully submitted,

Walter A. Saurack