UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

JODY KRISS and MICHAEL "CHUDI"
EJEKAM, et al.,

                  Plaintiffs,

    -against-

BAYROCK GROUP LLC, et al.,

                  Defendants.
----------------------------------------------------------x

**ORDER**

10cv3959-LGS-FM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/19/15
```

**FRANK MAAS,** United States Magistrate Judge.

      Pursuant to the telephone conference held on June 15, 2015, it is hereby

ORDERED that:

1. By July 1, 2015, Defendants shall submit a letter to the Court identifying specific paragraphs in the Plaintiffs' second amended complaint that they believe are sourced from privileged documents.

2. By July 8, 2015, Plaintiffs may respond.

3. By July 17, the parties shall submit to the Court a joint letter identifying what paragraphs continue to be in dispute and on what grounds.

      SO ORDERED.

Dated:    New York, New York
            June 19, 2015

                                            FRANK MAAS
                                    United States Magistrate Judge

Copies to All Counsel via ECF and Facsimile