

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Robert S. Wolf
Direct: 212.554.7825; Fax: 917.301.7784
rwolf@mosessinger.com

August 26, 2015

<u>VIA ECF</u>

Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Kriss et al. v. Bayrock Group, LLC, et al.*,
            <u>Index No. 10 Civ. 3959 (LGS) (FM)</u>

Dear Judge Schofield:

    I am counsel for Defendant Felix Sater in the above-captioned proceeding and write to respectfully request a two-week extension of time to file objections to Chief Magistrate Judge Maas's August 13, 2015 Report and Recommendation [ECF 178], which objections are presently due August 31, 2015. All parties consent to the granting of this request.

    The basis for this request is that I have been out of the country in order to attend to serious family health matters which resulted in two unfortunate deaths while we were abroad (one unanticipated) and just recently returned to New York. Accordingly, additional time is needed to draft and file our objections. We request an extension of time to **September 14, 2015** to file objections. No previous requests have been made for this relief.

    The Court's consideration is greatly appreciated.

                                 Respectfully,

                                 Robert S. Wolf

cc:    All parties via ECF