

Google Voice

Jody

CALL TEXT | Actions ▾ | C    Show: All Unread    1-10 of 26

Inbox
★ Starred
Voicemails (3)
Texts
History
More ▾

☰ Google Contacts ⓘ

Voice in Hangouts
Make calls from Android

Your number: (917)
Credit:

☐ +13057706664  Add - North Dade, FL
  9/29/15 6:44 PM 79 minutes ago

+13057706664: I was thinking of exercising my 1st amendment rights on Friday in Farmingdale, that way the whole clan will know what a piece of garbage you are. See you at 10: 6:28 PM
+13057706664: 30 6:28 PM
+13057706664: Sorry 10:30 6:29 PM
+13057706664: Please tell your family its west Babylon not Farmingdale. 1180 Wellwood Ave. At the front gate a nice big sign with directions and a care package will be given 6:37 PM
+13057706664: out. Maybe even a picture of you on a big sign so nobody misses it. 6:37 PM
+13057706664: I plan on giving you and yours the same peace and tranquility you gave me and mine. I am really looking forward to the next 5 years. As you can see it's a matte 6:44 PM
+13057706664: you brought my father into this while I was saying Kaddish for him. I plan to return the favor in spades. 6:44 PM
+13057706664: g to be a hoot. Is there anyone you want me to wish happy holidays to 😊. You can't even imagine the next 5 years it's going to be so much fun. Remember scumbag 6:44 PM
+13057706664: r of weeks before you are done. And then I begin you will love my lawsuit so will everyone you ever work with and anyone your father ever worked with. It's goin 6:44 PM

Call  Text  more ▾

☐ +441613750689  Add
   9/29/15 6:17 PM 106 minutes ago

My message is I'm seriously thinking of exercising my first amendment rights. On Friday at the new Montefiore cemetery in Farmingdale

▶ 00:12