1/17/2015          Felix Sater in Port Washington, NY - Listing Details

**WhitePagesGoesGreen**
by Yellow Pages Directory Inc.

**SEARCH PUBLIC RECORDS**
First Name | Last Name | State

HOME   WHO SEARCHED?   AREA & ZIP CODES   REVERSE PHONEBOOK   ADD TO WHITE PAGES   CENSUS DATA   YELLOW PAGES

### UNITED STATES

Alabama
Alaska
Arizona
Arkansas
California
Colorado
Connecticut
Delaware
Florida
Georgia
Hawaii
Idaho
Illinois
Indiana
Iowa
Kansas
Kentucky
Louisiana
Maine
Maryland
Massachusetts
Michigan
Minnesota
Mississippi
Missouri
Montana
Nebraska
Nevada
New Hampshire
New Jersey
New Mexico
New York
North Carolina
North Dakota
Ohio
Oklahoma
Oregon
Pennsylvania
Rhode Island
South Carolina
South Dakota
Tennessee
Texas
Utah
Vermont
Virginia
Washington
Washington DC
West Virginia
Wisconsin
Wyoming

### DETAILS

White Pages - New York - PORT WASHINGTON

g+1 Recommend this on Google

**FELIX SATER**
📞 Private / Not Available

94 Sands Point Rd,
Port Washington, Nassau County, NY-11050

📱 Cellular: No mobile line available
✉ Email: No email available
🌐 Website: No web address available

Manage this page

This page has been viewed 46 time(s). Last visit was at 10-31-2014 08:28 AM from 66.249.65.55    Edit / Delete Person

First Name: Felix
Its Origin: Latin
Its Meaning: happy, fortunate

All Data Generated by Yellow Pages Directory Inc.

**Arrest Records: 2 Secrets**
instantcheckmate.com
1) Enter Name and State. 2) Access Full Background Checks Instantly.

**Free Cell Phone Finder**

**Public Arrest Records**

**Discover Ionized Water**

**Free Roofing Estimates**
localrooferquotes.com
1) Search Your Zip Code. 2) Give Project Details. 3) Get Free Bids.

**Project Mgmt Software**

**US Military Record Search**

**Public Record-Free Search**

**PORT WASHINGTON DEMOGRAPHICS:**
Based on a total city population of 15916
White: 11665
Black or African American: 464
Asian: 978
Hispanic or Latino: 2308
For complete census data click here.

2010 United States Census
Data are estimates for 2012 based on the 2010 Census

WANT TO SEARCH FOR SOMEONE ELSE?

First Name      Middle Name      Last Name*

State*      City      Zip
Select a State

SUBMIT

AdChoices ▷  ▷ Reviews  ▷ Directory  ▷ White Pages  ▷ Business

## About Us

WhitePagesGoesGreen.org, by Yellow Pages Directory Inc. is the leading online telephone directory and public information service for the United States. YPGG and WPGG make public information search simple.

## Environment Discussion

Fracking Our Way into Oblivion, One Ecological Disaster at a Time – II

Fracking Our Way into Oblivion, One Ecological Disaster at a Time

## Newest Yellow Pages

A Mover

Air Source America

Natural Health Chiropractic Sport & Spine

Five Star Personal Injury

## Newest Yellow Edits

Livesay- James L CPA

Movement To Change

Loren M. Mannino- PLC

SC Beverage Inc

PAPERLESS PETITION.org

Home | Contact Support | Add Business | Advertise | Android App | iPhone App | Why Green? | White Pages
By using this site you are agreeing to our Terms of Service and Privacy Policy. If you do not agree, please exit the service.
Copyright © 2014 Yellow Pages Directory Inc. All rights reserved. Development & Maintenance by Searchen Networks ® Inc.



Select Language ▼ Powered by Google Translate



USA.com / New York / Nassau County / Port Washington, NY / 11050 / Sands Point Rd / 94 Sands Point Rd

**Port Washington, NY**
- Basic Information
- Population and Races
- Income and Careers
- Housing
- School District
- Public Schools
- Private Schools
- Public Library
- Crime and Crime Rate
- Weather
- Natural Disasters & Extremes
- Air Quality
- Environmental Watch
- Zip Code and Maps
- Streets

**Nassau County**

**New York State**

**New York, Northern New Jersey, Long Island Area**

# 94 Sands Point Rd, Port Washington, NY 11050

This Place　　All "Sands Point Rd" Addresses　　Find More

**94 Sands Point Rd**
Port Washington, NY 11050-1606

Enlarge Map

**Felix Sater**
516-883-7701
Get Full Info　　　　All Felix Sater in NY | USA

**Viktoria Sater**
516-883-7701
Get Full Info　　　　All Viktoria Sater in NY | USA

| First Name | Last Name | City |
|---|---|---|
| Felix | Sater | Port washington |
| State | | |
| New York | | |

Search »

**Looking For Someone?**

First Name
[ First Name ]
Last Name
[ Last Name ]
City
[ City ]
State
US

Search now for:
- Home Addresses
- Contact Info
- Public Records
- Background Reports
- And More

Search »

powered by PeopleSmart

* Name and phone number provided by PeopleSmart.com

The USA.com website and domain are privately owned and are not operated by or affiliated with any government or municipal authority. You cannot use USA.com or any other non-FCRA people lookup site for the purpose of employment, credit, or insurance eligibility.
© 2015 World Media Group, LLC.

about us | contact us | usa.com alerts | terms of use | privacy policy



Login    Contact

Home    People Alphabetically    S    Sater    Felix Sater

# People directory with over 600,000,000 names!

Record ID: 187008456
**Felix H Sater**
94 Sands Point Rd
Port Washington, NY 11050

Background Check - Available

Record ID: 187008457
**Felix H Sater**
130 Shore Rd
Port Washington, NY 11050
Age 49 (Born Dec 1966)

Background Check - Available

Record ID: 593282373
**Felix H Sater**
130 Shore Rd
Port Washington, NY 11050

Background Check - Available

Record ID: 593282374
**Felix H Sater**
94 Sands Point Rd
Port Washington, NY 11050

Background Check - Available

1,379,043,021 total records available    Like 2.5k    8+1 0    Tweet 200

### Testimonials
Read testimonials from real customers who already used our services.

**Read More**

### Webmasters
Earn 75% commission on every sale you drive to our website. Weekly payouts!

**Read More**

### Mobile Version
Visit us from your smart phone anywhere you are.

**Read More**

### Recent Lookups
Check out the most recent reverse phone lookups on PeopleByName.com

**Read More**

Home
Mobile Version
Phone Directory
People Directory
Remove Information

Terms of Service
Privacy Policy
Affiliate Program
About Us

Member Login
Frequently Asked Questions
Contact Us
Testimonials

Careers
Product & Services
Volume Discounts
Site Map

© **PeopleByName** All Rights Reserved. 2010-2015