## **Examples of Domain Names For Defamatory Websites Registered Anonymously with Domains by Proxy**

jodykriss.com

jodylkriss.com

jodykriss.net

jodylkriss.net

jodykriss.info

jodylkriss.info

jodykriss.biz

eastriverpartners.org

eastriverpartners.net

eastriverpartnersllc.com

theeastriverpartners.com

eastriverpartner.net

eastriverpartners2.com

abouteastriverpartners.com

eastriverpartnersny.com

eastriverpartnersonline.com

eastriverpartnersgroup.com