AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Kriss, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   10-cv-3959 |
| BayRock Group LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Felix Sater

Date: 10/01/2015

*Attorney's signature*

Robert B. McFarlane (RM-6830)
*Printed name and bar number*

Moses & Singer LLP
405 Lexington Avenue
New York, New York 10174

*Address*

rmcfarlane@mosessinger.com
*E-mail address*

(212) 554-7869
*Telephone number*

(212) 554-7700
*FAX number*