East River Partners LLC Mail - Fwd: Jody Kriss                    https://mail.google.com/mail/u/0/?ui=2&ik=1b57fc2fbf&view=pt&q=a...

Subject: FW: Jody Kriss
To: " mcejekam@gmail.com" < mcejekam@gmail.com>

**From:** Jody Info [mailto:jkrissinfo@gmail.com]
Sent: 05 April 2014 17:02
**To:** Michael Chu'di Ejekam
**Subject:** Fwd: Jody Kriss

**Dear Michael Chu'Di Ejekam,**

**By Monday, Fred has to finalize this absurd extortion of a lawsuit against the largest people, companies and law firms in real estate.**

**If on monday your name remains part of this extortion, you will only have yourself to blame.**

**See your friend and co-plaintiffs' new lifetime online reality. If you choose to continue with this extortion, It will also be your new online reality for the rest of your life, you can explain to people why these companies owe you**

# $1 BILLION DOLLARS.

**This is your one and only warning.**

**www.jodykriss.net**

---

This email has been scanned by the Email Security service.
For more information please contact the IT Helpdesk.

---

This message and any attachment is confidential and may be privileged or otherwise protected from disclosure. If you are not an intended recipient, please notify the sender and delete this message and any attachment immediately. If you are not an intended recipient you must not copy this message or attachment or disclose the contents to any other person. Unless otherwise specifically stated no legally binding commitments are created by this email. Any opinions expressed in this message are those of the author and do not necessarily reflect the opinions of Actis LLP, Actis GP LLP or any other member of the Actis group.
The Actis group parent, Actis LLP, is a limited liability partnership registered in England and Wales (registered no. OC305927). Actis GP LLP, is a limited liability partnership registered in England and Wales (registered no. OC370074).
Both Actis LLP and Actis GP LLP are authorised and regulated by the Financial Conduct Authority in the UK. A list of the members of Actis LLP and Actis GP LLP is open to inspection at their registered office: 2 More London Riverside, London SE1 2JT, England.

Actis LLP and Actis GP LLP (collectively "Actis") act for the funds they manage or advise and not for anyone else. Neither Actis LLP nor Actis GP LLP will act for, advise or be responsible for providing protections afforded to anyone other than such funds. Others working with Actis should be aware of this and should not expect that they will be treated as clients of Actis or any of its subsidiary and related companies. Recipients of this message should not treat it as an offer or inducement to invest in any fund managed by Actis, the promotion of which is regulated by the Financial Conduct Authority in the UK and interests in which are only made available to Professional Clients as defined by the Financial Conduct Authority in the UK.

--
Michael Chu'di Ejekam

Africa Mobile:
+234 703 411 1815
USA Mobile:
+1 646 345 8071

**2 attachments**

- Kriss_State_Court_Action.pdf
  125K

- Hits_to_Date.pdf
  253K