

http://www.prnewswire.com/news-releases/federal-judge-dismisses-lawsuit-filed-by-agents-of-jody-kriss-251449031.html

http://www.bizjournals.com/albany/prnewswire/press_releases/New_York/2014/03/21/NY88346

http://www.news.nom.co/federal-judge-dismisses-lawsuit-filed-by-8433573-news/

http://www.digitaljournal.com/pr/1804905

http://www.reuters.com/article/2014/03/21/ny-judge-dismisses-idUSnPnqbRSl+46+PRN20140321

http://finance.yahoo.com/news/federal-judge-dismisses-lawsuit-filed-163500537.html

http://www.katv.com/story/25039343/federal-judge-dismisses-lawsuit-filed-by-agents-of-jody-kriss

http://www.newschannel10.com/story/25039343/federal-judge-dismisses-lawsuit-filed-by-agents-of-jody-kriss

http://www.newschannel6now.com/story/25039343/federal-judge-dismisses-lawsuit-filed-by-agents-of-jody-kriss

http://www.abc3340.com/story/25039343/federal-judge-dismisses-lawsuit-filed-by-agents-of-jody-kriss

http://www.kctv5.com/story/25039343/federal-judge-dismisses-lawsuit-filed-by-agents-of-jody-kriss

http://www.nbc4i.com/story/25039343/federal-judge-dismisses-lawsuit-filed-by-agents-of-jody-kriss

http://www.court.us/idar30365326/federal_judge_dismisses_lawsuit_filed_by_agents_of_jody_kriss.htm

http://article.wn.com/view/2014/03/21/Federal_Judge_Dismisses_Lawsuit_Filed_By_Agents_of_Jody_Kris/

http://www.gambling911.com/gambling-news/jody-kriss-compared-

%E2%80%98godfather%E2%80%99-film-consigliore-court-filings-031814.html

http://www.virtual-strategy.com/2014/03/19/jody-kriss-east-river-partners-sued-alleged-%E2%80%9Cbillion-dollar-shakedown%E2%80%9D

http://www.thestreet.com/story/12533897/1/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners.html

http://www.gambling911.com/gambling-news/jody-kriss-ron-kriss-stroock-sue-entire-western-hemisphere-031714.html

http://www.gambling911.com/gambling-news/jody-kriss-ron-kriss-russian-mafia-%E2%80%93-major-lawsuit-filed-today-031714.html

http://www.prweb.com/releases/2014/03/prweb11686402.htm

http://www.bizwireexpress.com/showstoryPRWeb.php?storyid=173787

http://therealdeal.com/miami/blog/2014/03/19/ex-bayrock-exec-accused-of-mob-tactics-in-lawsuit/?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+trdnews_miami+%28The+Real+Deal+South+Florida+-+Latest+News%29

http://www.digitaljournal.com/pr/1800736

http://www.streetinsider.com/Press+Releases/Jody+Kriss+of+East+River+Partners+Sued+for+Alleged+%26quot%3BBillion-dollar+Shakedown%26quot%3B/9299460.html

http://www.courthousenews.com/2014/03/20/66312.htm

http://www.newyorklawjournal.com/all-decisions/id=1202647470500/Onetime%20Informant%20Accuses%20ExBusiness%20Partner%20of%20Extortion?mcode=1202614928735&curindex=2&slreturn=20140218194347

http://finance.yahoo.com/news/lawsuit-filed-against-jody-kriss-162300976.html

http://www.dailybusinessreview.com/id=1202647361314/Stroocks%20Miami%20Managing%20Partner%20Caught%20Up%20In%20New%20York%20Suit?slreturn=20140218141307

http://www.9and10news.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.marketwatch.com/story/new-zumba-launch-draws-inspiration-from-its-diverse-community-of-instructor-stars-to-create-the-new-zumba-wear-universe-apparel-accessories-collection-2013-03-18?reflink=MW_news_stmp

http://www.bizjournals.com/buffalo/prnewswire/press_releases/New_York/2014/03/18/NY85434

http://www.bizjournals.com/albany/prnewswire/press_releases/

http://af11.wordpress.com/2014/03/17/mob-rat-says-ivy-league-business-partner-tried-to-whack-him/

http://www.foxcarolina.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.sandiegojack.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.wfmj.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.cbsatlanta.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.wthr.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.fox5vegas.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.wspa.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://article.wn.com/view/2014/03/18/Lawsuit_Filed_Against_Jody_Kriss_Former_Bayrock_Executive_Fo/

http://www.news.nom.co/lawsuit-filed-against-jody-kriss-former-8394417-news/

http://www.wfla.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.hawaiinewsnow.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.cbs19.tv/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.kswt.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://investing.businessweek.com/research/markets/news/article.asp?docKey=600-201403181223PR_NEWS_USPRX____NY85434-1

http://www.wnct.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.wset.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.news9.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.ktvn.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://www.abc6.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

http://nypost.com/2014/03/16/mob-rat-says-business-partner-tried-to-nail-him-over-2-5m-suit/

http://therealdeal.com/blog/2014/03/17/ex-bayrock-exec-accused-of-mob-tactics-in-5m-lawsuit/

http://commercialobserver.com/2014/03/former-bayrock-consultant-files-5m-suit-over-development-deal/

http://www.gambling911.com/gambling-news/jody-kriss-ron-kriss-russian-mafia-%E2%80%93-major-lawsuit-filed-today-031714.html#comment-20928

http://www.law360.com/articles/519021/ex-mobster-accuses-stroock-atty-s-son-of-shakedown-scheme

http://www.newyorklawjournal.com/all-decisions/id=1202647470500/Onetime%20Informant%20Accuses%20ExBusiness%20Partner%20of%20Extortion?mcode=1202614928735&curindex=3&slreturn=20140220193823

NYCLA - New York County Lawyers' Association
http://nycla.org/index.cfm?section=News_AND_Publications&page=PR_Newswire&doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
One News Page Global Edition
http://www.onenewspage.com/prnewswire.php?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
One News Page Unites States Edition
http://www.onenewspage.us/prnewswire.php?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Living by the Seasons

http://livingbyseasons.blogspot.com/p/living-by-seasons-news-updates.html?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Missouri Solar Energy Industries Association [MOSEIA]
http://adminmoseia.hypermart.net/index.php?page=pr-newswire&doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
MrBayStreet.com
http://mrbaystreet.com/index.php/2012-06-01-23-32-30/business-releases?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
NorthStar News
http://northstarnews.com/news/prnewswire.php?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
WLBT NBC-3 (Jackson, MS)
http://www.msnewsnow.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WLAX-TV FOX-25/48 (LaCrosse, WI)
http://www.fox2548.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WLNS CBS-6 (Lansing, MI)
http://www.wlns.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WLNE-TV ABC-6 (Providence, RI)
http://ww.abc6.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WLTZ-TV CW-38 (Columbus, GA)
http://www.cw-gabama.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WLOX ABC-13 (Biloxi, MS)
http://www.wlox.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WMBB-TV ABC-13 (Panama City, FL)
http://www.wmbb.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WLTZ-TV NBC-38 (Columbus, GA)
http://www.wltz.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WMC NBC-5 (Memphis, TN)
http://www.wmctv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WMDT-TV ABC-47 /CW-3 (Salisbury, MD)
http://www.wmdt.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
IT Expo Forum

http://itforumexpo.com.br/pagina.php?cod=211&doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Legal Information By Women For Women
http://www.ladiesandthelaw.com/more-legal-news-2/?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
WRAL-TV CBS-5 (Raleigh, NC)
http://markets.financialcontent.com/wral/news/read/26715021/Lawsuit_Filed_Against_Jody_Kriss
La Mega 97.9 FM
http://lamega.com/hprwire.php?Dir=11&doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Street Insider
http://markets.financialcontent.com/streetinsider?Page=MEDIAVIEWER&GUID=26715021
Syracuse.com (Advance Internet)
http://www.syracuse.com/business/prnewswire/index.ssf?/ny1/story/?catSetID=7002&catID=290092&nrid=250805581&page=1
Sun Herald (Biloxi, MS)
http://markets.financialcontent.com/mi.sunherald/news/read/26715021/Lawsuit_Filed_Against_Jody_Kriss
WFMZ
http://www.wfmz.com/prnewswire2?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Telegraph-Macon (Macon, GA)
http://markets.financialcontent.com/mi.macon/news/read/26715021/Lawsuit_Filed_Against_Jody_Kriss
Yahoo! Finance
http://finance.yahoo.com/news/lawsuit-filed-against-jody-kriss-162300976.html
Tampa Bay Business Journal
http://www.bizjournals.com/tampabay/prnewswire/press_releases/Georgia/2014/03/18/NY85434?ana=prnews
The Daily Herald
http://markets.financialcontent.com/heraldnet/news/read/26715021/Lawsuit_Filed_Against_Jody_Kriss
Socialmulti
http://www.socialmulti.com/news.html?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Wealth and Asset Management Jobs
http://wealthandassetmanagementjobs.com/pr_news&industries=FIN?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
The Bellingham Herald
http://markets.financialcontent.com/mi.bellinghamherald/news/read/26715021/Lawsuit_Filed_Against_Jody_Kriss

The Sun News (Myrtle Beach, SC)
http://markets.financialcontent.com/mi.myrtlebeach/news/read/26715021/Lawsuit_Filed_Against_Jody_Kriss
WFMJ-TV NBC-21 (Youngstown, OH)
http://www.wfmj.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WFLX FOX-29 (West Palm Beach, FL)
http://www.wflx.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
The State (Columbia, SC)
http://markets.financialcontent.com/mi.thestate/news/read/26715021/Lawsuit_Filed_Against_Jody_Kriss
WFIE NBC-14 (Evansville, IN)
http://www.14news.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
Ticker Technologies
http://www.tickertech.com/cgi/?a=news&ticker=a&w=&story=201403201403181223PR_NEWS_USPR_____NY85434
WHBF CBS-4 (Rock Island, IL)
http://www.whbf.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WGFL-TV CBS-4 (Gainesville, FL)
http://www.mygtn.tv/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WFXR-TV FOX-21/27 (Roanoke, VA)
http://www.fox2127.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WFXG-TV FOX-54 (Augusta, GA)
http://www.wfxg.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WKRN ABC-2 (Nashville, TN)
http://www.wkrn.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WICU-TV NBC-12  (Erie, PA)
http://www.erietvnews.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WISTV NBC-10 (Columbia, SC)
http://www.wistv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
Globe Advisor
https://secure.globeadvisor.com/servlet/ArticleNews/story/PRNEWS/20140318/NY85434

InvestorPoint.com
http://www.investorpoint.com/news/MARKCOMM/66489715/
KING-TV NBC-5 (Seattle, WA)
http://www.mediawebsite.net/king5/story/?catSetID=&catID=&nrid=250805581&page=1
Las Vegas Business Press
http://www.mediawebsite.net/lvbp/story/?catSetID=&catID=&nrid=250805581&page=1
PR Newswire
http://www.prnewswire.com/news-releases/lawsuit-filed-against-jody-kriss-former-bayrock-executive--founder-of-east-river-partners-250805581.html
Outcome Magazine
http://www.omglobe.com/newswire/?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Oriental Daily
http://www.orientaldaily.com.my/index.php?option=com_content&view=article&id=15&Itemid=362%2520&doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
OneSource
http://www.onesource.com/corporate/pr-newswire/?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Amiweb
http://amiwebpartners.com/industry-news/?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
AssignmentEditor.com
http://assignmenteditor.com/pr-newswire-3/?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Biz Daily (Singapore)
http://bizdaily.com.sg/prnewswire/?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
WBTV CBS-3 (Charlotte, NC)
http://www.wbtv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WBRC-TV FOX-6 MyFox Birmingham (Birmingham, AL)
http://www.myfoxal.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WCIV-TV ABC-4 (Charleston, SC)
http://www.abcnews4.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WCAX CBS-3 (Burlington, VT)
http://www.wcax.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WBOC CBS-16 (Salisbury, MD)

http://www.wboc.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WBMA-TV ABC-33 / ABC-40 (Birmingham, AL)
http://www.abc3340.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WCSC CBS-5 (Charleston, SC)
http://www.live5news.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WDAM NBC-7 (Hattiesburg-Laurel, MS)
http://www.wdam.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WDRB FOX-41 (Louisville, KY)
http://www.wdrb.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WECT NBC-6 (Wilmington, NC)
http://www.wect.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
Design 4 Law - Articles About Design And Law
http://www.design4law.com/?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
eMoneyDaily
http://www.emoneydaily.com/pr/?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Chicago Commuter
http://chicagocommuter.com/pr-news.asp?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Clout Media
http://www.cloutmedia.biz/prnewswire-html/?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Worth
http://markets.financialcontent.com/worth/news/read/26715021/Lawsuit_Filed_Against_Jody_Kriss
Global Newsweek
http://globalnewsweek.com/prnewswire/index.html?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
WorldNetDaily
http://markets.wnd.com/worldnetdaily?Page=MEDIAVIEWER&GUID=26715021
GYL: Licensing and Certification Resource Directory
http://www.gyl.com/prnewswire.html?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Wichita Eagle (Wichita, KS)
http://markets.financialcontent.com/mi.kansas/news/read/26715021/Lawsuit_Filed_Against_Jody_Kriss

FRANCOPRESSE.ca
http://www.francopresse.ca/index.cfm?Repertoire_No=1151936421&Voir=menu&M=4187&doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Wichita Business Journal
http://www.bizjournals.com/wichita/prnewswire/press_releases/Georgia/2014/03/18/NY85434?ana=prnews
Frontgate Capital Resources
http://frontgatecapitalresources.com/prnewswire/?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Whittier Daily News (Whittier, CA)
http://markets.financialcontent.com/mng-lang.whittier/news/read/26715021/Lawsuit_Filed_Against_Jody_Kriss
WAFB CBS-9 (Baton Rouge, LA)
http://www.wafb.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
The Herald
http://www.heraldonline.com/2014/03/18/5781524/lawsuit-filed-against-jody-kriss.html
Reuters
http://www.reuters.com/article/2014/03/18/ny-beys-stein-lawsuit-idUSnPn75l75n+80+PRN20140318
NebraskaTV (Kearney, NE)
http://www.nebraska.tv/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KYTX CBS-19 (Tyler, TX)
http://www.cbs19.tv/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WBCB-TV CW-21 (Youngstown, OH)
http://www.wbcb.tv/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WAND-TV NBC-17 (Decatur, IL)
http://www.wandtv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WBAY ABC-2 (Green Bay, WI)
http://www.wbay.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WAFF NBC-48 (Huntsville, AL)
http://www.waff.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
WALB NBC-10 (Albany, GA)
http://www.walb.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners

Wall Street Select
http://investor.wallstreetselect.com/wss?Page=MEDIAVIEWER&GUID=26715021
Washington Business Journal
http://www.bizjournals.com/washington/prnewswire/press_releases/Georgia/2014/03/18/NY85434?ana=prnews
Tribune (San Luis Obispo, CA)
http://markets.financialcontent.com/mi.sanluisobispo/news/read/26715021/Lawsuit_Filed_Against_Jody_Kriss
Value Investing News
http://markets.financialcontent.com/fatpitch.valueinvestingnews?Page=MEDIAVIEWER&GUID=26715021
California Chronicle
http://www.californiachronicle.com/prnewswire/default.html?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Biz Wire Express
http://www.bizwireexpress.com/showstoryPRN.php?doc=201403181223PR_NEWS_USPR_____NY85434&dir=0
Triangle Business Journal
http://www.bizjournals.com/triangle/prnewswire/press_releases/Georgia/2014/03/18/NY85434?ana=prnews
KTUL-TV ABC-8 (Tulsa, OK)
http://www.ktul.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KTVG-TV FOX-17 / KSNB-TV FOX-4 (Kearney, NE)
http://www.foxnebraska.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KTVN-TV CBS-2 (Reno, NV)
http://www.ktvn.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KUAM-TV NBC-8 / CBS-11 (Hagatna, Guam)
http://www.kuam.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KWQC NBC-6 (Davenport, IA)
http://www.kwqc.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KWES-TV NBC-9 (Midland, TX)
http://www.newswest9.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KXJB-TV CBS-4 / KVLY-TV NBC-11 (Fargo, ND)
http://www.valleynewslive.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KWTV-TV CBS-9 (Oklahoma City, OK)

http://www.news9.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KXXV-TV ABC-25 (Waco, TX)
http://www.kxxv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KXVO-TV CW-15 (Omaha, NE)
http://www.cw15kxvo.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KQCW CW-12/19 (Tulsa, OK)
http://www.tulsacw.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KRHD-TV ABC-40 (Bryan-College Station, TX)
http://www.abc40.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KPTM-TV FOX-42 (Omaha, NE)
http://www.kptm.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KSWO-TV ABC-7 (Lawton, OK)
http://www.kswo.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KSTC-TV IND-45 (Saint Paul, MN)
http://lifestyle.kstc45.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KSLA CBS-12 (Shreveport, LA)
http://www.ksla.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KSFY-TV ABC-13 (Sioux Falls, SD)
http://www.ksfy.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KTRE ABC-9 (Lufkin, TX)
http://www.ktre.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KTEN NBC-10 (Denison, TX)
http://www.kten.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KSWT-TV CBS-13 (Yuma, AZ)
http://www.kswt.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KLKN ABC-8 (Lincoln, NE)
http://www.klkntv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KLTV ABC-7 (Tyler, TX)

http://www.kltv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KOTA ABC-3 (Rapid City, SD)
http://www.kotatv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KOLD CBS-13 (Tucson, AZ)
http://www.tucsonnewsnow.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KPLC NBC-7 (Lake Charles-Lafayette, LA)
http://www.kplctv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KOTV-TV CBS-6 (Tulsa, OK)
http://www.newson6.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KMPH-TV FOX-26 (Fresno, CA)
http://www.kmph.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KMEG-TV CBS-14 (Sioux City, IA)
http://www.siouxlandnews.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KOAM-TV CBS-7 (Pittsburg, KS)
http://www.koamtv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KNOE-TV CBS-8 (Monroe, LA)
http://www.knoe.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KFJX-TV FOX-14 (Pittsburg, KS)
http://www.fox14tv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KLJB-TV FOX-18 (Davenport, IA)
http://www.kljb.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KHQ-TV NBC-6 (Spokane, WA)
http://www.khq.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
Atlanta Business Chronicle
http://www.bizjournals.com/atlanta/prnewswire/press_releases/Georgia/2014/03/18/NY85434?ana=prnews
KHNL-TV NBC-8 (Honolulu, HI)
http://www.hawaiinewsnow.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
Anchorage Daily News

http://markets.financialcontent.com/mi.adn/news/read/26715021/Lawsuit_Filed_Against_Jody_Kriss
KFVS CBS-12 (Cape Girardeau, MO)
http://www.kfvs12.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KFVE MyNetworkTV-5 (Honolulu, HI)
http://www.k5thehometeam.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
Worcester Telegram & Gazette
http://www.mediawebsite.net/wortel/story/?catSetID=&catID=&nrid=250805581&page=1
KFRE-TV CW-59 (Fresno, CA)
http://www.kmph-kfre.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KFMB-TV CBS-8 (San Diego, CA)
http://www.cbs8.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KFMB 760-AM (San Diego, CA)
http://www.760kfmb.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KFMB 100.7 Jack-FM (San Diego, CA)
http://www.sandiegojack.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KAUZ-TV CBS-6 (Wichita Falls, TX)
http://www.newschannel6now.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KAZT IND-7 (Phoenix/Prescott, AZ)
http://www.aztv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KALB-TV CBS-2 / NBC-5 (Alexandria, LA)
http://www.kalb.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KATV-TV ABC-7 (Little Rock, AR)
http://www.katv.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
Business First of Columbus
http://www.bizjournals.com/columbus/prnewswire/press_releases/Georgia/2014/03/18/NY85434?ana=prnews
KCBD NBC-11 (Lubbock, TX)
http://www.kcbd.com/story/25006319/lawsuit-filed-against-jody-kriss-former-bayrock-executive-founder-of-east-river-partners
KCEN-TV NBC-9 (Temple, TX)