**East River Partners LLC Email Server**                                                    Jody Kriss <jk@eastrp.com>

## Jody Kriss, The Extortionist

**Paul Nelson** <paulnelsonesq@gmail.com>                                       Fri, Jan 16, 2015 at 1:55 PM
To: Jkriss@eastrp.com
Cc: jk@eastrp.com, jc@eastrp.com, rb@eastrp.com, jv@eastrp.com, bk@eastrp.com

The truth about your gangster blackmailing extortion is starting to come to light. Federal judges are starting to put it on the record. This is the first of many court rulings, we will practice our 1st Amendment rights and publicize this and all to follow to the whole world, this relates to you and to East River Partners.

When you try to explain to your partners, employees, lenders, lawyers, buyers, architect, etc. why you're such a piece of shit, make sure to not be a little bitch and blame it on your lawyers. Look people in the eye and tell them "Yes, I am a Scumbag and a felch."

You have spent 5 years blackmailing, extorting and ruining peoples lives with your 4 frivolous and bullshit lawsuits, now we will spend the next decade reminding everyone you come in contact with what a lying cheating piece of shit you really are.

Go ahead explain how gangsters are doing this to you, then explain why you sued in Delaware (dismissed) then this lawsuit in New York (about to be dismissed) and again a second lawsuit in New York (also about to be dismissed) and then you found dead holocaust survivors to front a lawsuit just for publicity, okay, now the publicity is going to come back to you, wave after wave.

Also explain how you wore a wire on your fathers' law partner to entrap him, how you wiped all the emails off the servers so that no one would see that you knew everything you are accusing people of. How you perjured yourself in court, which we will prove and then publicize everywhere.

Also explain to the people you work with, why you are trying to extort for $1 billion (you crazy piece of pond scum) the very same people who took you from being a junior analyst making $28,000 at APC (from which by the way you were fired) and made you a CFO of Bayrock, mentored you in the real estate business, paid you millions in salary and bonuses, paid your father millions of dollars in legal fees. Go ahead and explain to them that you didn't know their history. You are a liar and a piece of shit. You worked at Bayrock for 6 years and you and your father didn't know? Really? You pathetic zero integrity piece of felch. yes felch a very fitting name for you, look it up.

We hope everyone who is on this email will ask any lawyer they know what the attached document means, also ask how vile a lawyers (Jody's) behavior has to be to be referred for a criminal contempt prosecution by a Federal Judge, then you will know (only about 5%) of who you work with. And what he WILL eventually try to do to you.

Someone will be in front of 600 Madison Ave in the next few weeks. To inform everyone in the building who their neighbor is.

You started this but payback is a bitch. Enjoy the karma, it will be with you for a very long time, we promise.

Have a nice weekend.

📎 Judge Maas .pdf
   2043K