USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

JODY KRISS, et al.,

                Plaintiffs,

-against-

BAYROCK GROUP LLC, et al.,

                Defendants.
----------------------------------------------------------x

**ORDER**

10cv3959-LGS-FM

**FRANK MAAS**, United States Magistrate Judge.

A telephone conference in the above referenced matter shall be held on Tuesday, October 6, 2015, at 10:00 a.m. Counsel for the Plaintiffs and counsel for Defendant Satter are directed to participate. Counsel for the Plaintiffs should initiate that call by calling Chambers at (212) 805-6727.

        SO ORDERED.

Dated:       New York, New York
              October 2, 2015

                                                          FRANK MAAS
                                                United States Magistrate Judge

Copies to All Counsel via ECF