AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| JODY KRISS and MICHAEL CHU'DI EJEKAM, | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No.   10 CV 3959 (LGS) (FM) |
| ELLIOT PISEM | ) ) | |
| *Defendant* | ) | |

## AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ELLIOT PISEM
ROBERTS & HOLLAND LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7498
(212) 903-8700

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bradley D. Simon, Esq.
Simon & Partners LLP
551 Fifth Avenue, 31st Floor
New York, NY 10176
(212) 332-8900
bradsimon@simonlawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   11/23/2015 _____   /s/ M. Oh
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  10 CV 3959 (LGS) (FM)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Elliot Pisem

was received by me on *(date)*    December 3, 2015    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:   I served the summons on John Brewer, Esq., STORCH AMINI & MUNVES PC on
December 8, 2015.  Elliot Pisem has agreed that Mr. Brewer, counsel for Mr. Pisem, may
accept personal service on his behalf.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  December 8, 2015    _____
                                                    *Server's signature*

                                              J. Evan Shapiro
                                    _____
                                                    *Printed name and title*

                                              551 Fifth Avenue
                                              31st Floor
                                              New York, NY 10176
                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc: