USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/04/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JODY KRISS and MICHAEL CHU'DI EJEKAM,   No. 10-CV-3959 (LGS) (FM)

                 Plaintiffs,   **STIPULATION**

     v.

TEVFIK ARIF; FELIX SATTER (aka FELIX SATER); SALVATORE LAURIA; JULIUS SCHWARZ; ALEX SALOMON; JERRY WEINRICH; MEL DOGAN; ELLIOT PISEM; BAYROCK GROUP LLC; BAYROCK OCEAN CLUB LLC; BAYROCK MERRIMAC LLC; BAYROCK CAMELBACK LLC; BAYROCK WHITESTONE LLC; BAYROCK SPRING STREET LLC; SALOMON & CO., P.C.; ROBERTS & HOLLAND LLP; and JOHN DOES 1-100,
                Defendants.
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for plaintiffs Jody Kriss and Michael Chu'di Ejekam ("Plaintiffs") and defendants Elliot Pisem and Roberts & Holland LLP (the "R&H Defendants") that the time for the R&H Defendants to move, answer or otherwise respond to the Second Amended Complaint shall be extended to and includes February 22, 2016, without prejudice to the rights of the R&H Defendants to seek a further extension of the time to move, answer or otherwise respond to the Second Amended Complaint.

IT IS FURTHER HEREBY STIPULATED AND AGREED that this Stipulation may be signed in counterparts by facsimile or electronic signature, and that such facsimile or electronic signature shall be deemed an original signature for purposes of this Stipulation.

Nothing in this Stipulation shall be construed to (1) limit Plaintiffs' right(s) (if any) under applicable law to serve and/or obtain discovery requests and discovery from the R&H Defendants, or any other defendant in the case, or to meet and confer with opposing counsel regarding the same, prior to the filing by the R&H Defendants of their answer(s)/motion(s) to dismiss, or (2) constitute or represent any waiver by the R&H Defendants of their right(s) to object to any attempt by Plaintiffs to serve and/or obtain such discovery requests.

Dated: December 28, 2015
New York, New York

| STORCH AMINI & MUNVES PC | SIMON & PARTNERS, LLP |
|---|---|
| *(signed)* | *(signed)* |
| John W. Brewer | Kenneth C. Murphy |
| Jaime B. Leggett | Bradley D. Simon |
| 2 Grand Central Tower, 25th Floor | Evan Shapiro |
| 140 East 45th Street | 551 Fifth Avenue |
| New York, N.Y. 10017 | 31st Floor |
| (212) 490-4100 | New York, New York 10176 |
| *Attorneys for Defendants Elliot Pisem and Roberts & Holland LLP* | (212) 332-8900 |
| | *Attorneys for Plaintiffs* |

**SO ORDERED**

Dated: January 4, 2016
New York, New York

*(signed)*
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2