```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JODY KRISS, et al.,                                         :
                                      Plaintiffs,           :
                                                            :        10 Civ. 03959 (LGS)
             -against-                                      :
                                                            :              ORDER
BAYROCK GROUP, LLC, et al.,                                 :
                                      Defendants.           :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2016

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 14, 2013, Magistrate Judge Maas ordered that all opposition and reply papers that might be filed with respect to the Bayrock Defendants' motion to strike allegations from the complaint and disqualify Mr. Frederick M. Oberlander as counsel, and Plaintiffs' motion to disqualify counsel for the Bayrock Defendants, not be filed on ECF and instead be emailed to counsel and to Judge Maas's court (Docket No. 64);

WHEREAS, Plaintiff's counsel has only recently appeared in the case but the Bayrock Defendants' counsel has remained the same; it is hereby

**ORDERED** that by 5 p.m. on January 8, 2016, counsel for the Bayrock Defendants shall email the Court, at Schofield_NYSDChambers@nysd.uscourts.gov, the documents that were emailed but not filed pursuant to the November 14, 2013 order.

Dated: January 6, 2016
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE