# SATTERLEE STEPHENS BURKE & BURKE LLP

230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818-9200
Fax (212) 818-9606

51 JOHN F. KENNEDY PARKWAY
FIRST FLOOR WEST
SHORT HILLS, NJ  07078-2713
(973) 218-2509
FAX (973) 218-2401

www.ssbb.com

E-Mail: wsaurack@ssbb.com
Direct Dial: (212) 404-8703

January 7, 2016

**By ECF**

The Honorable Frank Maas
Chief U.S. Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re:   1:10-cv-03959, *Kriss et al v. Bayrock Group LLC et al*.
         Plaintiffs' request for a pretrial conference

Dear Chief Judge Maas:

   We represent defendants Bayrock Group LLC, Bayrock Spring Street LLC, Bayrock Ocean Club LLC, Bayrock Whitestone LLC, Bayrock Camelback LLC, Bayrock Merrimac LLC, Tevfik Arif and Julius Schwarz (collectively herein, "Bayrock").  We write concerning the Court's scheduling of a pretrial conference (Dkt. No. 249) in response to plaintiffs' January 4, 2016 letter requesting the conference to discuss the briefing of defendants' motions to dismiss and plaintiffs' intention to serve discovery requests before the motions to dismiss are decided.

   While Bayrock is not opposed to a pretrial conference in this matter, Bayrock respectfully suggests that a pretrial conference on these issues would be more appropriately held before Judge Schofield.  Judge Schofield will be the one deciding the motions to dismiss, and therefore, to the extent that briefing on the motions may be consolidated or schedules adjusted, this should be done according to Judge Schofield's preferences.  Judge Schofield has already indicated her desire to control the briefing schedule as she has signed each stipulation between plaintiffs and the various defendants concerning briefing schedules.  Your Honor has previously indicated that issues concerning motions to dismiss should be brought before Judge Schofield, instructing the parties in your August 13, 2015 Report and Recommendation to Judge Schofield (Dkt. No. 178) that "if any of the defendants wishes to challenge the sufficiency of the SAC, or raise other concerns, they can seek a pre-motion conference with [Judge Schofield]."

   With regard to discovery, Bayrock submits that the decision on whether to permit discovery before the resolution of the motions to dismiss should also be made by Judge Schofield.  It is Bayrock's position that no discovery should take place during the pendency of the motions to dismiss.  Courts in this District routinely deny requests to take discovery while a dispositive motion to dismiss is pending, provided that the motion is "not unfounded in the law" and "makes substantial arguments for dismissal of many, if not all, of the claims asserted."

2390887_3

Satterlee Stephens Burke & Burke LLP

Hon. Frank Maas
January 7, 2016
Page 2

<u>Negrete v. Citibank, N.A.</u>, No. 15 CIV. 7250 (RWS), 2015 WL 8207466 (S.D.N.Y. Dec. 7, 2015). As with other issues concerning the motions to dismiss, Bayrock respectfully submits that this issue would be more appropriately decided by Judge Schofield.

We have consulted with counsel for all defendants, and they join in this request.

Respectfully submitted,

Walter A. Saurack

cc: All counsel (by ECF)

2390887_3