UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
JODY KRISS, et al.,  :
                     Plaintiffs,  :
 :
      -against-  :
 :
BAYROCK GROUP, LLC, et al.,  :
                     Defendants.  :
 :
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/11/2016

10 Civ. 03959 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on March 24, 2015, at Docket No. 129, the Bayrock Defendants filed a letter which stated in response to the Court's March 23, 2015, Order that "[o]n October 18, 2013 Bayrock *inter alia* moved for an Order 1) barring plaintiffs from disseminating and 2) directing plaintiffs to return purloined privileged and confidential information," but there is no such motion filed on the Docket; and

      WHEREAS, on January 7, 2015, in response to the Court's January 6, 2015, Order, counsel for the Bayrock Defendants emailed to Chambers Inbox the documents that were emailed but not filed pursuant to Magistrate Judge Maas's November 14, 2013, Order; it is hereby

      **ORDERED** that **by 5 p.m. on January 12, 2016**, counsel for the Backrock Defendants shall email the Court, at Schofield_NYSDChambers@nysd.uscourts.gov, the motion and any supporting documents referenced in their March 24, 2015, letter. It is further

      **ORDERED** that the documents referenced in the whereas clauses above must be filed with the Court. All counsel shall confer and shall file their respective papers unredacted on ECF (indicating the actual date of the document) or, in compliance with Individual Rule I.C.3., apply

to the Court **by January 16, 2016,** to file any of the documents in redacted form or entirely under seal.

Dated: January 11, 2016
      New York, New York

                              **LORNA G. SCHOFIELD**
                              **UNITED STATES DISTRICT JUDGE**