UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
\----------------------------------------------------------x

JODY KRISS, et al.,                              :

                Plaintiffs,                 :

       -against-                            :        **ORDER**

BAYROCK GROUP, LLC, et al.,              :        10cv3959-LGS-FM

                Defendants.                 :

\----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to the in-court conference held on January 26, 2016, it is hereby

ORDERED that:

1. By February 8, 2016, counsel for all parties shall confer and submit to Judge Schofield via ECF a joint proposed briefing schedule for Defendants' motions to dismiss, and send a copy to my Chambers.

2. The proposed schedule shall set forth:

   - Dates for the exchange of the pre-motion letters required by Judge Schofield's Individual Rule III.A.3;

   - A date for the submission of a joint brief by all Defendants on common issues;

   - A date for the submission of any additional briefs by individual Defendants or groups of Defendants regarding separate issues, as well as a description of those issues; and

   - Dates for the submission of all opposition papers and replies.

3. The parties shall also set forth in their submission any requests for enlargements of the page limits articulated in Judge Schofield's Individual Rule III.B.1 and the justifications therefor.

4. The Defendants' deadlines to answer or move with respect to the Second Amended Complaint are adjourned to the date Judge Schofield sets for the submission of the Defendants' joint brief.

5. Plaintiffs' request to proceed with discovery, (see ECF No. 246), is denied. All discovery shall remain stayed pending resolution of Defendants' forthcoming motions to dismiss. In the interim, however, all parties are reminded of their duty to preserve all relevant information.

SO ORDERED.

Dated: New York, New York
January 26, 2016

_____
FRANK MAAS
United States Magistrate Judge

Copies to counsel of record via ECF