Name: Richard E. Lerner
Address: Law Office of Richard E. Lerner, P.C.
122 West 27th Street, 10th Floor, New York, NY 10001
Phone Number: 917-584-4864
E-mail Address: richardlerner@msn.com
Pro Se

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/01/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jody Kriss, et al.

Plaintiff,

vs.

Bayrock Group LLC, et al.

Defendant.

Case Number: 10-cv-3959

~~XXXXXXXXXX~~ ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

DATE:
TIME:
COURTROOM:
JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: March 1, 2016

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE