USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jody Kriss

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Bayrock Group LLC

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

10 Civ. 3959 (LGS) (FM)

NOTICE OF APPEARANCE

Please take notice that I, Richard E. Lerner, a respondent, ~~a defendant~~ in this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: New York, NY
*(town/city)* *(state)*

February 28, 2016

Dated: March 1, 2016
New York, New York

Signature of ~~Defendant~~ respondent

122 West 27th Street, 10th Floor
*Address*

New York, New York 10001
*City, State & Zip Code*

917-584-4864
*Telephone Number*

347-824-2006
*Fax Number (if you have one)*

SO ORDERED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE