# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J. KRISS et al.<br>    v.<br>BAYROCK GROUP LLC et al. | No. 10-CV-3959 (LGS) |

**NOTICE OF APPEAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 3 2016

Non-party Frederick M. Oberlander hereby appeals as an attorney *pro se* to the United States Court of Appeals for the Second Circuit from this Court's Order ECF 269 entered February 2, 2016.

*****

Dated:          March 3, 2016
                     Montauk, New York

*/s/*

Frederick M. Oberlander, *pro se*
The Law Office of Frederick M. Oberlander, P.C.
28 Sycamore Lane
Post Office Box 1870
Montauk, New York 11954

212.826.0357  Tel.
212.202.7624  Fax

fred55@aol.com

RECEIVED 2016 MAR -3 P 11:12 U S DISTRICT COURT SDNY