UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JODY KRISS, et al.,                                         :
                                        Plaintiffs,         :
                                                            :   10 Civ. 03959 (LGS)
          -against-                                         :
                                                            :   ORDER
BAYROCK GROUP, LLC, et al.,                                 :
                                        Defendants.         :
                                                            :
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/28/2016
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by mail on March 17, 2016, the Court received a motion for leave to intervene and a motion to unseal dockets and records of judicial proceedings in certain matters from non-party Brian Vodicka, and Vodicka indicated that he had served the motion on all counsel of record; it is hereby

**ORDERED** that the parties of record in this case shall respond to Mr. Vodicka's motions by April 12, 2016, by memorandum not to exceed 10 double-spaced pages. It is further

**ORDERED** that argument on the motion will be heard on May 12, 2016, in Courtroom 1106, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

The Clerk of Court is directed to mail a copy of this Order to Mr. Vodicka at the following address:

Brian Vodicka
777 Glen America #223
Dallas, Texas 75225

and email a copy of this Order to him at Vodicka100@gmail.com.

Dated: March 28, 2016
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**