UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JODY KRISS and MICHAEL CHU'DI EJEKAM, <br><br> Plaintiffs, <br><br> v. <br><br> TEVFIK ARIF; FELIX SATTER (aka FELIX SATER); SALVATORE LAURIA; JULIUS SCHWARZ; ALEX SALOMON; JERRY WEINRICH; MEL DOGAN; ELLIOT PISEM; BAYROCK GROUP LLC; BAYROCK OCEAN CLUB LLC; BAYROCK MERRIMAC LLC; BAYROCK CAMELBACK LLC; BAYROCK WHITESTONE LLC; BAYROCK SPRING STREET LLC; SALOMON & CO., P.C.; ROBERTS & HOLLAND LLP; and JOHN DOES 1-100, <br><br> Defendants. | No. 10-CV-3959 (LGS) (FM) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Joint Memorandum of Law, the accompanying Declarations of Maria Simonchyk and Walter Saurack and the exhibits thereto, the supplemental memoranda of law and accompanying declarations to be filed on April 29, 2016 pursuant to the Court's March 18, 2016 order (Dkt. No. 281) and all the pleadings and proceedings had herein, Defendants, by and through their undersigned attorneys, will move this Court, at the Courthouse located at 40 Foley Square, Courtroom 1106, New York, New York, on a date to be determined by the Court, for an order pursuant to Federal Rules of Civil Procedure 8(a), 9(b), 12(b)(6) and with respect to certain defendants, 4(m) and 12(b)(5), dismissing the Third Amended Complaint ("TAC") with prejudice, and for such other and further relief as this Court deems just and proper.

Dated:  New York, New York
          April 15, 2016

1 2463126_1

SATTERLEE STEPHENS BURKE & BURKE LLP

By: /s/ Walter A. Saurack
      Walter A. Saurack
230 Park Avenue, Suite 1130
New York, New York 10169
212.818.9200

*Attorneys for Bayrock Group LLC, Bayrock Ocean Club LLC, Baryrock Merrimac LLC, Bayrock Camelback LLC, Bayrock Whitestone LLC, Bayrock Spring Street LLC, Tefvik Arif and Julius Schwarz*

MOSES & SINGER LLP

By: _____
      Robert S. Wolf
      Robert B. McFarlane
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
212.554.7800

*Attorneys for Felix Satter*


BEYS LISTON MOBARGHA & BERLAND LLP

By: _____
      Michael Beys
825 Third Avenue
2nd Floor
New York, NY 10022
646.755.3600

*Attorneys for Felix Satter and Salvatore Lauria*


LANDMAN CORSI BALLAINE & FORD P.C.

By: _____
      Stephen Jacobs
120 Broadway
New York, NY 10271
212.238.4800

*Attorneys for Alex Salomon, Jerry Weinrich, and Salomon & Co., P.C.*

2 2463126_1

SATTERLEE STEPHENS BURKE & BURKE LLP

By: /s/ Walter A. Saurack
      Walter A. Saurack
230 Park Avenue, Suite 1130
New York, New York 10169
212.818.9200

*Attorneys for Bayrock Group LLC, Bayrock Ocean Club LLC, Baryrock Merrimac LLC, Bayrock Camelback LLC, Bayrock Whitestone LLC, Bayrock Spring Street LLC, Tefvik Arif and Julius Schwarz*

MOSES & SINGER LLP

By:_____
      Robert S. Wolf
      Robert B. McFarlane
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
212.554.7800

*Attorneys for Felix Satter*

BEYS LISTON MOBARGHA & BERLAND LLP

By:_____
      Michael Beys
825 Third Avenue
2nd Floor
New York, NY 10022
646.755.3600

*Attorneys for Felix Satter and Salvatore Lauria*

LANDMAN CORSI BALLAINE & FORD P.C.

By: /s/ Stephen Jacobs
      Stephen Jacobs
120 Broadway
New York, NY 10271
212.238.4800

*Attorneys for Alex Salomon, Jerry Weinrich, and Salomon & Co., P.C.*

STORCH AMINI & MUNVES PC

By: _____/s/ John W. Brewer_____

John W. Brewer
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017
212.490.4100

*Attorneys for Elliot Pisem and Roberts & Holland LLP*


DOAR RIECK KALEY & MACK

By: _____

John Kaley
217 Broadway
Suite 707,
New York, NY 10007
212.619.3730

*Attorneys for Mel Dogan*

3 2463126_1

STORCH AMINI & MUNVES PC

By:_____
      John W. Brewer
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017
212.490.4100

*Attorneys for Elliot Pisem and Roberts & Holland LLP*

DOAR RIECK KALEY & MACK

By:_____
      John Kaley
217 Broadway
Suite 707,
New York, NY 10007
212.619.3730

*Attorneys for Mel Dogan*

3 2463126_1