**Evan Shapiro**
___

**From:** Jody Kriss
**Sent:** Thursday, April 21, 2016 11:50 AM
**To:** Evan Shapiro
**Subject:** Fwd: Its a wonderful life.


---------- Forwarded message ----------
From: **Michael Chu'di Ejekam**
Date: Thu, Apr 21, 2016 at 11:20 AM
Subject: Fwd: Its a wonderful life.
To: "Bradley D. Simon" <bradsimon@simonlawyers.com>
Cc: "Jody L. Kriss"


Sent from my iPhone

Begin forwarded message:

> **From:** Paul Nelson <paulnelsonesq@gmail.com>
> **Date:** 21 April 2016 at 11:16:33 AM GMT-4
> **To:** "
> **Subject: Its a wonderful life.**
>
> Wiki for Ikeja Mall done.
>
> Ejekam Wiki being written now.
>
> All major journalists in Africa being sent article & details now.
>
> Class Action & Individual lawsuits by the victims who where told the Trump name to cheat them out of their money being prepared now,
>
> Multiple lawyers from multiple law firms headed to interview all the victims of George/Ejekam scam now.
>
> All major real estate companies being sent article & details now.
>
> 1st Amendment free-speech websites being put up now.
>
> Welcome to the world you wanted created. Fred wrote the playbook we are just following the rules. Welcome to the next 5 years.
>
> https://en.wikipedia.org/wiki/Ikeja_City_Mall#Michael_Chudi_Ejekam_Scandal

1

**Evan Shapiro**

**From:** Jody Kriss
**Sent:** Thursday, April 21, 2016 2:17 PM
**To:** Evan Shapiro
**Subject:** Fwd: Bayrock Group | Tate George | Donald Trump


---------- Forwarded message ----------
From: "Michael Chu'di Ejekam"
Date: Apr 15, 2016 11:29 AM
Subject: Fwd: Bayrock Group | Tate George | Donald Trump
To: "Jody Kriss"
Cc:


Begin forwarded message:

**From:** Felix <felix@regency.net>
**Subject: Bayrock Group | Tate George | Donald Trump**
**Date:** April 15, 2016 at 12:05:19 AM EDT
**To:** Chudi Ejekam                        , Chudi Ejekam

Karma it's a bitch isn't it. Get your checkbook ready.


http://therealdeal.com/2016/04/14/bayrock-group-named-in-tate-george-fraud-case/


Thank you,
Felix

Fri, 04/15/2016



Class action by defrauded victims of Tate, Ejakem & Kriss. Coming up. Fred will have to decide if he is going to be a co-defendant or help the victims.

12:47 PM



I have to keep pinching myself to make sure this is not a dream.
Thank you, I really mean it, this is greatly appreciated.

12:47 PM

Please do not contact me directly again. I am represented by Brad Simon 212-332-8900.



1:00 PM