## SIMON & PARTNERS LLP

THE FRENCH BUILDING
551 FIFTH AVENUE
NEW YORK, NEW YORK 10176
www.simonlawyers.com

TEL: (212) 332-8900

BRADLEY D. SIMON
KENNETH C. MURPHY

J. EVAN SHAPIRO
ADAM BIRD-RIDNELL
ROBERT GENDELMAN

COUNSEL
PAMELA B. STUART
NEAL M. SHER
GENEVIEVE SROUSSI
STEPHENIE L. BROWN
HARRIET TAMEN

FAX: (212) 332-8909

NEW YORK
WASHINGTON, D.C.

April 22, 2015

**Via ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *Kriss et al. v. Bayrock Group LLC et. al.*
**10 Civ. 3959 (LGS) (FM)**

Dear Judge Schofield:

We represent Plaintiffs Jody Kriss and Michael Chu'di Ejekem in the above-referenced matter.

In response to the Court's order dated today (*see* 10-CV-3959 (LGS) ECF No. 350), we would like to inform the Court that it is our understanding that the Court's order dated March 18, 2016, endorsing a letter from Bradley D. Simon of this firm dated March 17, 2016 (ECF No. 281), sets forth the briefing schedule for defendants' motion(s) to dismiss the Third Amended Complaint filed in this action (ECF No. 287). The schedule set forth in Mr. Simon's March 17 letter was agreed to by all of the parties.

Respectfully submitted,

/s/ J. Evan Shapiro
Bradley D. Simon
J. Evan Shapiro
Simon & Partners LLP

*Attorneys for Plaintiffs Jody Kriss and Michael Ch'udi Ejekam*