# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

STEPHEN JACOBS
MEMBER
TEL: (212) 238-4810
EMAIL: sjacobs@lcbf.com

120 BROADWAY
27TH FLOOR
NEW YORK, NEW YORK 10271
TELEPHONE (212) 238-4800
FACSIMILE (212) 238-4848
www.lcbf.com

One Gateway Center
4th Floor
Newark, NJ 07102
Tel: (973) 623-2700

One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
Tel: (215) 561-8540

April 25, 2016

***BY ECF***

The Honorable Lorna G. Schofield
United States Courthouse
40 Foley Square
New York, NY 10007

The Honorable Frank Maas
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: 1:10-cv-03959, *Kriss et al v. Bayrock Group LLC et al.*

Dear Judges Schofield and Maas:

We represent defendants Alex Salomon, Jerry Weinreich, and Salomon & Company, P.C. (collectively, the "Salomon Defendants") and write concerning the letters from plaintiffs' counsel filed late in the day on April 21, 2016 [ECF 346 & 346].

While the Court has already denied the requests set forth in the letters, the Salomon Defendants wish to briefly respond to plaintiffs' suggestion that "possibly other defendants," besides defendant Felix Sater, had some involvement in the sending of the communications that are attached to the letters. This will advise that the Salomon Defendants had no knowledge of those communications until they received them today from this firm, which first learned of them from plaintiffs' counsel's letters. The Salomon Defendants have had no communication with Plaintiffs during this litigation except through counsel.

Respectfully,

Stephen Jacobs

SJ:sc
Encl.

4824-0086-6353v.1