```
                                                                    1

 1                        UNITED STATES DISTRICT COURT
                           EASTERN DISTRICT OF NEW YORK
 2
      ------------------------------------X
 3                                         :
      UNITED STATES OF AMERICA,            :  CR-98-1101
 4                                         :
                  v.                       :  U.S. Courthouse
 5                                         :  Brooklyn, New York
      JOHN DOE,                            :
 6                                         :
                  Defendant.               :  TRANSCRIPT OF HEARING
 7                                         :  June 21, 2010
      ------------------------------------X  10:30 a.m.
 8
      BEFORE:
 9                 HONORABLE I. LEO GLASSER, U.S.D.J.

10

      APPEARANCES:
11
      For the Movant:            MORGAN LEWIS & BOCKIUS LLP
12                               101 Park Avenue
                                 New York, New York 10178-0060
13                         BY:   KELLY A. MOORE, ESQ.
                                 BRIAN A. HERMAN, ESQ.
14                               DAVID A. SNIDER, ESQ.

15    For the Respondent:        WILSON ELSER MOSKOWITZ EDELMAN
                                 & DICKER LLP
16                               150 East 42nd Street
                                 New York, New York 10017-5639
17                         BY:   RICHARD LERNER, ESQ.
                                 LAUREN J. ROCKLIN, ESQ.
18
                                 STAMOULIS & WEINBLATT LLC
19                               6 Denny Road - Suite 307
                                 Wilmington, DE 19809
20                         BY:   STAMATIOS STAMOULIS, ESQ.

21
      Court Reporter:            Mickey Brymer, RPR
22                               Official Court Reporter
                                 United States District Court
23                               225 Cadman Plaza East
                                 Brooklyn, New York  11201
24                               (718) 613-2255

25           Proceedings recorded by mechanical stenography.
          Transcript produced by Computer-Assisted Transcription.
```



M. BRYMER, RPR, OCR

1  stand and say they were stolen, but -- and under the
2  circumstances I would ask the Court to reconsider having those
3  documents returned to the Court or the U.S. Attorney's Office
4  so they can be made use of.
5           THE COURT:  Mr. Lerner, do you want to be heard on
6  that?
7           MR. LERNER:  Well, I have no objection to Mr. Doe
8  taking the stand.
9           THE COURT:  I'm not referring to Mr. Doe taking the
10 stand.  The question was an application to the Court to direct
11 that those documents be returned to the United States
12 Attorney's Office and to the Court to the extent that those
13 documents were obtained from a file which was marked under
14 seal and they were sealed documents which were not to be
15 disclosed absent a court order disclosing them.
16          MR. LERNER:  They were obtained lawfully from
17 Mr. Bernstein, therefore, we object.
18          MS. MOORE:  Your Honor, Mr. Bernstein did not obtain
19 them lawfully from my client.
20          THE COURT:  Excuse me, Ms. Moore.  Stop the back and
21 forth colloquy.
22          With respect to that I'll reserve.  I will entertain
23 a memorandum with respect to that and I will give both parties
24 an opportunity to do that.
25          With respect to the presentence report I have



```
                                                              92
```

1  absolutely no hesitation in enjoining any further
2  dissemination and I'll direct the presentence report to be
3  returned.  To the extent that you have that in your
4  possession, return it immediately --
5          THE WITNESS:  Absolutely.
6          THE COURT:  -- to the United States Attorney's
7  Office.
8          With respect to the cooperation agreement, proffer
9  agreement and any other document which you know was obtained
10 from a file which was marked under seal, I will entertain a
11 memorandum with respect to that and I'll reserve.
12         Are we finished?  Why don't you have Mr. Doe
13 testify.  I think that issue is very, very much at the core of
14 this proceeding.
15         In view of the fact it is five after one, why don't
16 we recess for lunch and resume at two o'clock.
17         Two o'clock.
18         (Lunch recess.)
19
20
21
22
23
24
25

M. BRYMER, RPR, OCR