1

1                  UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF NEW YORK
2
- - - - - - - - - - - - - - X
3                                :

4

5    IN RE:  JOHN DOE,
                                CV 98-1101
6

7                        :
                                United States Courthouse
8
                                Brooklyn, New York,
9

10              :
                                July 20, 2010
11   - - - - - - - - - - - - - - X    10:30 o'clock a.m.

12                     TRANSCRIPT OF ORAL ARGUMENT
                   BEFORE THE HONORABLE I. LEO GLASSER
13                  UNITED STATES DISTRICT JUDGE

14   APPEARANCES:

15   For the Plaintiff:      MORGAN LEWIS & BOCKIUS, LLP
                             101 Park Avenue
16                           New York, N. Y.
                             BY:  KELLY MOORE, ESQ.
17                           LESLIE R. CALDWELL, ESQ.
                             DAVID A. SNIDER, ESQ.
18                           BRIAN A. HERMAN, ESQ.

19   For the Defendant:      WILSON ELSER MOSKOWITZ EDELMAN
                             & DICKER, LLP
20                           150 East 42nd Street
                             New York, N. Y. 10017
21                           BY:  RICHARD LERNER, ESQ.
                             LAUREN J. ROCKLIN, ESQ.
22
     Court Reporter:         Henry R. Shapiro
23                           225 Cadman Plaza East
                             Brooklyn, New York
24                           718-613-2509

25   Proceedings recorded by mechanical stenography, transcript
     produced by computer.

                    HENRY SHAPIRO      OFFICIAL COURT REPORTER

27

1    have indicated.

2          I think there is irreparable harm, which is imminent

3    to Mr. John Doe, those documents contained information which

4    is highly, highly sensitive and if disseminated it is

5    discriminatively to a person that should not get the

6    information.

7          I think, it would put Mr. John Doe's safety at risk.

8    The likelihood of success is or is not present.  Again, if

9    Charmer Industies is being read correctly by me and, I think,

10   it is, I think, the burden with respect to whether or not

11   there is some need to maintain those documents or to keep

12   them should be shifted to you.  Until next week, okay.

13         I do not think we need any further hearing. You will

14   submit the briefs and I will make my determination. The TRO

15   is continued for another ten days.

16         Is there anything further?

17         MS. MOORE:  No, your Honor.

18         THE COURT:  Thank you.

19         MS. MOORE:  I do have one last application. With

20   respect to the transcript to have my client's name replaced

21   with John Doe.

22         THE COURT:  Yes.

23         MS. MOORE:  Thank you.

24                   *******

25

HENRY SHAPIRO          OFFICIAL COURT REPORTER