UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JODY KRISS, et al.,                                         :
                                          Plaintiffs,       :
                                                            :   10 Civ. 03959 (LGS)
                     -against-                              :
                                                            :          ORDER
BAYROCK GROUP, LLC, et al.,                                 :
                                          Defendants.       :
                                                            :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/31/2016

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on May 31, 2016, a Conference was held in this matter; it is hereby

    **ORDERED** that, for the reasons stated at the Conference, the Original Complaint and its attachments are unsealed to the extent they have been disclosed in the Israel action. Counsel for the Bayrock Defendants and Defendant Sater shall confer and email the documents to the Court for filing by June 13, 2016, with copies to counsel of record. It is further

    **ORDERED** that, by June 13, 2016, counsel for the Bayrock Defendants and Defendant Sater shall submit by email an in-camera submission of the Original Complaint which highlights the parts redacted in the Israel filing. For each redacted part, Counsel for the Bayrock Defendants and Defendant Sater shall jointly file on ECF a letter, chart or other communication which (1) identifies any redaction for which they do not oppose publication; and (2) for each of the remaining redactions, explains the request for each redaction, for example:

    (i) information relating to the criminal action before Judge Cogan in the Eastern District of New York, identify the corresponding document still under seal in the criminal action;

    (ii) information reflecting privileged attorney-client communications, identify any corresponding privileged document; identify by name the attorney, the client, all others who were copied on the document; and identify the subject matter of the legal advice.

(iii) information reflecting trade secrets or proprietary business information, identify the type of information and the continued privacy interest sought to be protected.  It is further

**ORDERED** that the Clerk of Court mail a copy of this Order to Mr. Vodicka at the following address:

Brian Vodicka
777 Glen America #223
Dallas, Texas 75225

And email a copy of this Order to him at Vodicka100@gmail.com.  It is further

ORDERED that the Clerk of Court close the motions at Docket Nos. 392 and 393.

Dated: May 31, 2016
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

2