UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JODY KRISS, et al.,
                               Plaintiffs,

            -against-

BAYROCK GROUP, LLC, et al.,
                               Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/16/2016

10 Civ. 03959 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on May 10, 2010, the Complaint in this action was filed under seal, and was subsequently superseded by the First Amended Complaint, which was filed under seal on July 17, 2013;

      WHEREAS, by Order on May 31, 2016, the Complaint and its attachments were unsealed to the extent that they were disclosed in the Israel action, and Defendants' counsel was directed to submit by email an in-camera submission of the Complaint which highlights the parts redacted in the Israel filing;

      WHEREAS, on June 13, 2016, the Court received a Complaint showing proposed disclosures and highlighted redactions in compliance with the Court's May 31, 2016, Order; it is hereby

      **ORDERED** that the highlighted redactions are approved. Counsel for Defendant Sater shall file the approved redacted version of the Complaint by June 17, 2016, in accordance with Individual Rule III.C.3.

Dated: June 16, 2016
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE