

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Robert S. Wolf
Direct:    212.554.7825;    Cell: 917.301.7784
rwolf@mosessinger.com

June 30, 2016

**VIA ECF**

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/16
```

      **Re:**  *Kriss, et al. v. Bayrock Group LLC et al.*, 10 Civ. 3959 (LJS) (FM)

Dear Judge Schofield,

    We are counsel to Felix Sater, a defendant in the above-captioned case, and write to request a two-week extension of time, until July 15, 2016, to attempt to resolve all contested redactions with counsel for the Jane Doe interveners.  Presently, counsel for Bayrock and Sater have until July 1, 2016, to resolve all contested redactions or else file a response to the Jane Doe intervener's remaining objections. *See* ECF No. 411. While we shall attempt to resolve this matter without Court's intervention, we respectfully request the additional time due to counsel's unavailability because of travel and other absences from our office of my associates who are also working on this matter.  This is our first request for an extension of time.

    Your consideration is greatly appreciated.

                                           Respectfully,

                                           S/

                                         Robert S. Wolf

APPLICATION GRANTED.  Counsel shall have until July 15, 2016, to resolve all contested redactions. The Clerk of Court is directed to close the case at Docket No. 413.

Dated:  June 30, 2016
       New York, New York

                                           LORNA G. SCHOFIELD
                                           **UNITED STATES DISTRICT JUDGE**