**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KRISS ET AL. | |
| V. | NOTICE OFAPPEAL |
| BAYROCK GROUP LLC ET AL. | 10-CV-3959 (LGS) |

Please take notice that the "Jane Doe Intervenors" authorized to appear in the instant case for the limited purpose of moving to unseal certain documents hereby appeal through counsel:

(1) From that certain order finally resolving the aforesaid divers motions to unseal, which was entered by endorsement on August 17, 2016, ECF 430.

(2) From certain prior and subsequent orders and decrees, and certain parts, aspects, and constituents thereof, entered in this matter as to which intervenors have standing from which appeal may be had as of right or within the discretion of the Court of Appeals, as shall be set forth more fully in the ensuing pre-argument statement C.

October 17,2016
Montauk, New York

**FREDERICK M. OBERLANDER**
**LAW OFFICE OF FREDERICK M. OBERLANDER, PC**
28 Sycamore Lane (Post Office Box 1870)
Montauk, New York 11954
Telephone: (212) 826-0357
Facsimile: (212) 202-7624
Email: fred55@aol.com

*Attorney for Jane Doe Intervenors*