
SATTERLEE STEPHENS LLP

230 Park Avenue
11th Floor
New York, NY 10169-0079
(212) 818-9200
(212) 818-9606 (Fax)

51 John F Kennedy Parkway
First Floor West
Short Hills, NJ 07078-2713
(973) 218-2509
(973) 218-2401 (Fax)

www.ssbb.com

Walter A. Saurack, Esq
Email: wsaurack@ssbb.com
Direct Dial. (212) 404-8703

December 27, 2017

**VIA FACSIMILE**

The Honorable Debra Freeman
Chief United States Magistrate Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/18
```

Re:  1:10-cv-03959, *Kriss et al v. Bayrock Group LLC et al.*

Dear Chief Judge Freeman:

We write to report that the parties are working towards finalizing the settlement agreements and documentation. Accordingly, the parties respectfully request a further 30-day extension for defendants to renew their motions for sanctions and for the parties to jointly report to the Court on the status of discovery. The parties are available at the Court's convenience should Your Honor have any questions or desire an update about the progress of the settlement.

Respectfully submitted,

Walter A. Saurack

cc: Counsel of record

SO ORDERED: DATE: 1/16/18

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE
(This resolves Dkt 536)

2869437_1