

230 Park Avenue
11th Floor
New York, NY 10169-0079
(212) 818-9200
(212) 818-9606 (Fax)

51 John F. Kennedy Parkway
First Floor West
Short Hills, NJ 07078-2713
(973) 218-2509
(973) 218-2401 (Fax)

Walter A. Saurack, Esq.
Email: wsaurack@ssbb.com
Direct Dial: (212) 404-8703

www.ssbb.com

February 16, 2018

**VIA ECF**

The Honorable Debra Freeman
Chief United States Magistrate Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    1:10-cv-03959, *Kriss et al v. Bayrock Group LLC et al.*

Dear Chief Judge Freeman:

    We write jointly on behalf of all parties to advise the Court that the parties have executed settlement agreements. Should Your Honor have any questions, the parties are available at the Court's convenience.

                Respectfully submitted,

                Walter A. Saurack

cc:    Counsel of record (by ECF)

2903277_1