EXHIBIT A

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JODY KRISS and MICHAEL CHU'DI EJEKAM, <br><br> Plaintiffs, <br><br> v. <br><br> TEVFIK ARIF; FELIX SATTER (aka FELIX SATER); SALVATORE LAURIA; JULIUS SCHWARZ; ALEX SALOMON; JERRY WEINRICH; MEL DOGAN; ELLIOT PISEM; BAYROCK GROUP LLC; BAYROCK OCEAN CLUB LLC; BAYROCK MERRIMAC LLC; BAYROCK CAMELBACK LLC; BAYROCK WHITESTONE LLC; BAYROCK SPRING STREET LLC; SALOMON & CO., P.C.; ROBERTS & HOLLAND LLP; and JOHN DOES 1-100, <br><br> Defendants. | 10CIV3959 (LGS)(DF) |

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to this action that this action, including all of Plaintiff Jody Kriss' ("Kriss") and Michael "Chu'di" Ejekam's ("Ejekam") claims against Defendants, Bayrock Group LLC's counterclaims against Kriss, and Felix Satter's counterclaims against Kriss and Ejekam, is dismissed with prejudice and with each party to bear its own costs.

IT IS FURTHER AGREED that this Stipulation may be signed electronically and in counterparts.

Dated: December 29, 2017

SO ORDERED   Dated: March 1, 2018

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

SATTERLEE STEPHENS BURKE & BURKE LLP

_____
Walter A. Saurack
230 Park Avenue
Suite 1130
New York, New York 10169
(212) 818-9200

*Attorneys for Defendants Bayrock Group LLC, Bayrock Ocean Club LLC, Bayrock Merrimac LLC, Bayrock Camelback LLC, Bayrock Whitestone LLC, Bayrock Spring Street LLC, Tevfik Arif and Julius Schwarz*

SIMON & PARTNERS, LLP

_____
Bradley D. Simon
551 Fifth Avenue
31st Floor
New York, New York 10176
(212) 332-8900

*Attorneys for Plaintiffs Jody Kriss and Michael "Chu'di" Ejekam*

LANDMAN CORSI BALLAINE & FORD P.C

_____
Stephen Jacobs
120 Broadway
New York, New York 10271
(212) 238-4810

*Attorneys for Defendants Salomon & Company, P.C., Israel J. Weinreich (s/h/a Jerry Weinreich) and Alex Salomon*

MOSES & SINGER, LLP

_____
Robert Wolf
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 554-7825

*Attorneys for Defendant Felix Sater*

SO ORDERED

_____
Judge Lorna G. Schofield

12