# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

J. KRISS et al.

v.

BAYROCK GROUP LLC et al.

No. 10-CV-3959 (LGS)

## JOINT NOTICE OF APPEAL

### FRAP §§ 3(a), 3(b)(1), 4

An order of final dismissal, ECF 541, entered February 22, 2018, non-parties Frederick Oberlander and Richard Lerner, attorneys *pro se*, the former formerly counsel of record, appeal jointly to the United States Court of Appeals for the Second Circuit from order ECF 269 entered February 2, 2016, prior appeal therefrom dismissed as premature (*Oberlander v. Bayrock,* CA2. December 21, 2016, No. 16-703-cv), and from such other orders in which either or both may have appealable interests and standing.

\*\*\*\*\*

Dated: March 26, 2018
Montauk, New York

/s/ Frederick M. Oberlander
/s/ Richard E. Lerner