UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

**File no. 10 – cv – 3959 (LKS)**

| | |
|---|---|
| Kriss et al.        )  | |
|    *Plaintiffs,*   ) | |
|               ) | |
|      v.          ) | **Joint Notice of Appeal** |
|               ) | |
| Bayrock Group LLC. et al.  ) | |
|    *Defendants*   ) | |

Notice is hereby given that, order of final dismissal, ECF 541, having been entered on February 22, 2018, non-parties Frederick M. Oberlander and Richard E. Lerner, attorneys *pro se*, the former formerly counsel of record, pursuant to FRAP § 3(b)(1), which provides in pertinent part:

> When two or more parties are entitled to appeal from a district-court judgment or order, and their interests make joinder practicable, they may file a joint notice of appeal. They may then proceed on appeal as a single appellant.

hereby jointly appeal to the United States Court of Appeals for the Second Circuit from said final judgment and all precedent, collateral, or constituent appealable orders, including without limitation ECF 269 entered February 2, 2016, in which either have appealable interests.

| | |
|---|---|
| /s/ Frederick M. Oberlander | /s/ Richard E. Lerner |
| P.O. Box 1870 | 122 West 27th Street |
| 28 Sycamore Lane | 10th Floor |
| Montauk, NY 11954 | New York, New York 10001 |
| 212.826.0357  T | 917.584.4864  T |
| 212.202.7624  F | 347.824.2006  F |
| fred55@aol.com | richardlerner@msn.com |